UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS SANTIAGO,<br><br>      Plaintiff,<br>v.<br><br>ANDREW M. CUOMO, individually and as Governor of the State of New York, BRIAN FISCHER, individually and as Commissioner of the New York State Department of Corrections and Community Supervision, ANDREA W. EVANS, individually and as Chairwoman of the New York State Board of Parole, STATE OF NEW YORK, and JOHN DOES "1-10,"<br><br>      Defendants. | Case No. 1:12-cv-2137-KAM-MDG<br><br>FILED<br>IN CLERK'S OFFICE<br>U S DISTRICT COURT E.D.N.Y<br><br>★ MAY 30 2012 ★<br><br>BROOKLYN OFFICE |

**CERTIFICATE OF DEFAULT**

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant State of New York has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant State of New York is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _Brooklyn_, New York
       _May 30th_, 2012

                                                    DOUGLAS C. PALMER, Clerk of Court

                                                    By: _Janet Hamilton_
                                                                Deputy Clerk