

November 3, 2014

VIA ECF
and FIRST CLASS MAIL
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Santiago v. Cuomo, et al.*
Case No. 12-cv-02137-KAM-MDG

Dear Judge Matsumoto:

This letter is in response Mr. Santiago's motion. As I informed the court at our conference, Mr. Santiago did inform me that he was filing a motion and that he was seeking other counsel. We do not oppose Mr. Santiago retaining new counsel.

The text of Mr. Santiago's motion states that I am denying or trying to deny him this right. That is not the case. Gabriel Estadella, Esq., appointed me as co-counsel pursuant under the terms of engagement letter between Mr. Estadella's firm and Mr. Santiago, which allows the firm to appoint counsel. I sent Mr. Santiago the substitution order as Mr. Estadella suggested that I take over as lead counsel.

Another independent attorney has offered his services to Mr. Santiago, and Mr. Santiago has rejected the terms of that proposed engagement. If he were to retain other counsel or move this court to proceed *pro se*, we would not oppose any motion to be relieved as counsel. As of today, he has still not retained other counsel. We would urge this court **not** to read his motion as a desire to proceed *pro se*.

Very truly yours,

*Robert L. Greenberg*
Robert L. Greenberg, Esq.

c: VIA FIRST CLASS MAIL: Jesus Santiago, c/o Coffeewood Detention Center, 12352 Coffeewood Drive, P.O. Box 500, Mitchells, VA 22729

767 Third Ave., 24th Floor
New York, New York 10017
+1 (646) 360-0077   Fax: +1 (646) 328-4518
rgreenberg@RobertLGreenberg.com   http://RobertLGreenberg.com