

December 9, 2014

VIA FACSIMILE
Augusta Correctional Center
1821 Estaline Valley Road
Craigsville, Virginia 24430
Fax: 540-997-7218

     Re: Santiago, Jesus
       ID Number: 1327797
       *Santiago v. Cuomo, et al.*
       Case No. 12-cv-02137-KAM-MDG (EDNY)

To the Warden of Augusta Correctional Center:

 My name is Robert Greenberg and an attorney working on Mr. Santiago's above-captioned case in the Federal District Court for the Eastern District of New York. Accordingly, I need to speak with Mr. Santiago to discuss the matter.

 My office telephone number is: (646) 360-0077 and my cell phone is: (516) 238-6260. My toll-free number is (800) 375-4529. Please also add these numbers as attorney numbers to ensure attorney-client confidentiality.

 I would like to speak to Mr. Santiago as soon as possible.

 If there are any questions, please let me know.

          Very truly yours,

          *Robert L. Greenberg*
          Robert L. Greenberg, Esq.

c: Hon. Marilyn D. Go, Eastern District of New York; Michael J. Keane, Esq., New York Attorney General's Office; Jesus Santiago (via First Class Mail)

767 Third Ave., 24th Floor
New York, New York 10017
+1 (646) 360-0077   Fax: +1 (646) 328-4518
rgreenberg@RobertLGreenberg.com