```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *    DATE: 10/30/2014
                   COMMUNITY SUPERVISION               PAGE:    15
                   PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                          AREA:
   NYSID: 09488440P                              SPO NAME:
     DIN: 04R1624                                PO NAME:

   DATE      TIME     TYPE                    ACTIVITY      LOCATION
```

ENTERED BY: ALVAREZ,PETER J
AREA: BROOKLYN III   SPO NAME: FLEISCHMAN,MERYL   PO NAME: ALVAREZ,PETER
06/01/2007 10:45AM TELEPHONE FROM PAROLEE
RECEIVED CALL FROM PO JOHNSON, GAVE INFO TO CONTACT DIEGO MORRENO (304)379-5162
. REGARDING RELEASE AND ARRANGEMENTS FOR EXTRADITION.
SPO REVIEW: 06/04/2007
------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III   SPO NAME: FLEISCHMAN,MERYL   PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: FLEISCHMAN,MERYL
05/31/2007 01:50PM CASE CONFERENCE
THE SUBJECT IS IN CUSTODY IN THE STATE OF W. VA. HE WILL BE AVAILABLE TO OUR WARRANT SHORTLY AND OUR WARRANT WAS RE-FAXED TO PRESTON COUNTY SHERIFFS OFFICE IN W.VA. ON 5-30-07.
SPO REVIEW: 06/01/2007
------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III   SPO NAME: FLEISCHMAN,MERYL   PO NAME: ALVAREZ,PETER
05/31/2007 11:00AM OTHER WORK
LEGAL MAIL WAS RECEIVED FROM P (SENT TO SPO AND PO). SPO FORWARDED THE MAIL TO THE COUNSEL'S OFFICE FOR AN EXPLANATION SINCE SPO COULD NOT UNDERSTAND THE AMIL'S INTENT.
SPO REVIEW: 06/01/2007
------------------------------------------------------------------------
ENTERED BY: ALVAREZ,PETER J
AREA: BROOKLYN III   SPO NAME: FLEISCHMAN,MERYL   PO NAME: ALVAREZ,PETER
05/30/2007 09:40AM TELEPHONE FROM OTHER
RECEIVED CALL FROM WARRANTS STATING THEY RECEIVED INFO REGARDING SUBJECT HWO IS BEING HELD IN WEST VIRGINIA. THEY WILL FAX OVER INFORMATION.
SPO REVIEW: NONE
------------------------------------------------------------------------
ENTERED BY: PELLE,JOHN L
AREA: BROOKLYN III   SPO NAME: FLEISCHMAN,MERYL   PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: PELLE,JOHN
04/03/2007 12:30PM TELEPHONE FROM OTHER      DUTY OFFICER
 FROM MARYANN IN ALBANY ALERTS BUREAU : SHE STATED THAT THE DIVISION RECEIVED A CALL FROM MS. LESLIE PEREZ - PRINCE WILLIAM COUNTY /VIRGINIA - PRE-TRIAL SERVICES (703)792-4568 ; SUBJECT IS BEING HELD ON LOCAL CHARGES ; THE JAIL # IS (703) 792-6420;
SPO REVIEW: 04/03/2007
------------------------------------------------------------------------

                        * * * END OF REPORT * * *
```

```
CMSCHRON* * *       NEW YORK STATE - DOCCS      * * *   DATE: 10/30/2014
                    COMMUNITY SUPERVISION               PAGE:     1
                    PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                       AREA:
   NYSID: 09488440P                           SPO NAME:
   DIN: 04R1624                               PO NAME:

   DATE      TIME    TYPE                  ACTIVITY      LOCATION
```

ENTERED BY:
05/03/2012 08:18AM FOIL CLOSED
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------
ENTERED BY:
02/07/2011 12:14PM FOIL CLOSED
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------
ENTERED BY: RIVERA,PAMELA A
AREA: BROOKLYN III    SPO NAME: SIMPSON,DONALD    PO NAME: FELMINE,BEVERLY
10/19/2010 10:53AM PAROLE VIOLATION UNIT     PVU-PAROLE JAIL    COURT
PAROLE JAIL TIME CERTIFICATE PRODUCED FOR WARRANT #0577832.
START DATE = 09/09/2010, END DATE = 10/17/2010, TOTAL DAYS = 00039
                                                                             P
ER SYSTEM



SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY:
AREA: BROOKLYN III    SPO NAME: SIMPSON,DONALD    PO NAME: FELMINE,BEVERLY
10/14/2010 12:36AM PAROLE VIOLATION UNIT     PVU-STATE READY   PRISON/JAIL
CONTACT ADDRESS: RIKERS ISLAND
WARRANT #0577832. STATE READY DATE = 10/13/2010
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: SHAH,REKHA V
AREA: BROOKLYN III    SPO NAME: SIMPSON,DONALD    PO NAME: FELMINE,BEVERLY
10/13/2010 09:45AM PAROLE VIOLATION UNIT     PVU-CERT. OF DIS   COURT
WARRANT #0577832. CERTIFICATE OF DISPOSITION PRODUCED FOR RIKERS ISLAND
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: SHAH,REKHA V
AREA: BROOKLYN III    SPO NAME: SIMPSON,DONALD    PO NAME: FELMINE,BEVERLY
10/13/2010 09:45AM PAROLE VIOLATION UNIT     PVU-FINAL HEARIN   COURT
CONTACT ADDRESS: RI JUDCAL CTR 3
FINAL REVOCATION HEARING COMPLETED ON 10/01/2010 FOR WARRANT #0577832.
DECISION WAS REVOKED AND RETURNED/HOLD 038 MONTHS
NO BOARD AFFIRMATION REQUIRED.



SPO REVIEW: NONE
--------------------------------------------------------------------------

```
CMSCHRON* * *         NEW YORK STATE - DOCCS      * * *    DATE: 10/30/2014
                       COMMUNITY SUPERVISION                PAGE:     2
                        PAROLEE CHRONO REPORT
                     FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                          AREA:
   NYSID: 09488440P                              SPO NAME:
   DIN:   04R1624                                PO NAME:

   DATE      TIME   TYPE                     ACTIVITY           LOCATION
```

ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
09/21/2010 01:30PM OTHER VISIT W/PAROLEE      PRELIMINARY HEAR
PRELIM HELD. PROBABLE CAUSE ESTABLISHED.
SPO REVIEW: 09/24/2010
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
09/20/2010 09:00AM TELEPHONE FROM OTHER
PO RECEIVED A CALL FROM SHERYL GANT. SHE STATED SHE IS AWARE THAT P WAS SENT
 BACK TO NY DUE TO HIS WARRANT. MS. GANT STATED THAT P STILL OWES TIME WITH
VIRGINIA AND WHEN HE IS RELEASED FROM NYS HE WILL STILL HAVE TO DO 2 YEARS WITH
VIRGINIA.
SPO REVIEW: 09/24/2010
-------------------------------------------------------------------------------
ENTERED BY: ISREAL,KEISHA
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
09/14/2010 04:30PM WARRANT OFFICER TRANSPORT               AREA OFFICE
CONTACT ADDRESS: 845 CENTRAL AVE
WO'S SUAREZ & RHOOMES EXTRADITED THE SUBJECT FROM BELINGTON, WV TO RIKERS ISLAN
D.  WO RHOOMES SERVED THE SUBJECT HIS VIOLATION PAPERS AT WHICH TIME THE SUBJEC
T INDICATED THAT HE WANTS HIS PRELIM.  THE PRELIM HAS BEEN SCHEDULED FOR 09/21/
10 WITH THE FINAL ON 10/01/10.
SPO REVIEW: 09/24/2010
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
08/30/2010 01:00PM TELEPHONE FROM OTHER
PO RECEIVED A MESSAGE FROM CHIEF DEPUTY ROBSERSON. HE STATED HE WOULD BE PICKIN
G P UP ON 9/9/10 AND JUST NEEDS A COPY OF THE WARRANT FAXED TO HIS OFFICE.
SPO REVIEW: 09/03/2010
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
08/27/2010 02:00PM TELEPHONE TO OTHER
PO CALLED THE SHERIFF'S OFFICE TO SPEAK WITH CHIEF DEPUTY ROBERSON. HE WAS NOT
IN THE OFFICE. PO LEFT A MESSAGE REQUESTING CONTACT.
SPO REVIEW: 09/03/2010
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
08/25/2010 11:00AM LETTER TO OTHER
PO FAXED A COPY OF THE WARRANT TO LUKE CUSTER AT HAZELTON USPS. PO RECEIVED A
COPY OF P'S SENTENCE AND COMMITMENT PAPERS. P WAS BEING HELD THERE ON PROBATION
VIOLATION CHARGES.
SPO REVIEW: 09/03/2010
-------------------------------------------------------------------------------

JS240

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *    DATE: 10/30/2014
                   COMMUNITY SUPERVISION               PAGE:      3
                   PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                        AREA:
   NYSID: 09488440P                            SPO NAME:
     DIN: 04R1624                              PO NAME:

   DATE       TIME    TYPE                 ACTIVITY      LOCATION
```

ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
08/25/2010 10:30AM TELEPHONE TO OTHER
PO CALLED LUKE CUSTER. HE STATED HE NEEDED TO FAX OVER A COPY OF THE WARRANT TO
 BE LODGED AS A DETAINER AGAINST P. PO ALSO REQUESTED COPIES OF A P'S COMMITMEN
T PAPERS AND EVERYTHING PERTAINING TO HIS RELEASE DATE.
SPO REVIEW: 09/03/2010
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
08/25/2010 10:09AM TELEPHONE FROM OTHER    LAW ENFORCEMENT
SPO RECEIVED PHONE CALL FROM MR. LUKE COSTENER FROM HAZELTON FEDERAL PRISON. HE
 INDICATED THAT MR. SANTIAGO IS STILL INCARCERRATED AND WILL BE RELEASED ON 9/9
/10. AND HE NEED TO KNOW IF NYS PAROLE WILL EXTRADITE HIM BECAUSE HE HAS NO DOC
UMENTATION DETAINER OR WARRANT ON RECORD. SPO TOLD HIM THAT WILL EXTRADITE AND
WE WILL BE FAXING HIM THE WARRANT.
SPO REVIEW: 08/25/2010
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
08/19/2010 11:55AM CASE CONFERENCE
CASE DISCUSSED WITH PO COUNCIL. P. STILL IN JAIL OUT OF STATE. PO RECENTLY VERI
FIED BY PO. HE WILL BE RELEASED NEXT MONTH. WE WILL EXTRADITE.
SPO REVIEW: 08/25/2010
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
07/23/2010 03:20PM CASE CONFERENCE
CC WITH PO COUNCIL. P IS FEDERAL PRISON AND WILL BE RELEASED ON 9/25/10. PO HAS
VERIFIED RECENTLY.
SPO REVIEW: 08/13/2010
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
07/13/2010 02:30PM CIRIS WEB INQUIRY
P IN STILL BEING HELD IN HAZELTON CORRECTIONAL FACILITY WITH A RELEASE DATE
SCHEDULED FOR 9/9/10.
SPO REVIEW: 08/13/2010
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
05/17/2010 12:00PM CASE CONFERENCE
CASE DISCUSSED WITH PO COUNCIL. P. WAS PICKED UP BY US MARSHALL. AND IT WAS TRA
NFERED TO HAZELTON USP IN WEST VIRGINIA SINCE 2/22/10 AN IS EXPECTED TO BE RELE
ASED ON 9/9/10.
SPO REVIEW: 05/24/2010
--------------------------------------------------------------------------------

JS241

Case 1:12-cv-02137-KAM-ST   Document 78-3   Filed 02/07/17   Page 5 of 18 PageID #: 985

```
CMSCHRON* * *         NEW YORK STATE - DOCCS        * * *     DATE: 10/30/2014
                      COMMUNITY SUPERVISION                   PAGE:    4
                      PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 10/30/2014

    NAME: SANTIAGO,JESUS                           AREA:
    NYSID: 09488440P                               SPO NAME:
    DIN: 04R1624                                   PO NAME:

   DATE      TIME   TYPE                    ACTIVITY          LOCATION
```

ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
05/11/2010 01:10PM TELEPHONE TO OTHER
PO CALLED HAZELTON CORRECTIONAL FACILITY AND SPOKE WITH OFFICER LLOYD WHO
VERIFIED THAT P IS CURRENTLY BEING HELD IN THEIR FACILITY (INMATE #45026-083).
SPO REVIEW: 05/17/2010
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
05/11/2010 01:05PM CIRIS WEB INQUIRY
P IS BEING HELD AT HAZELTON USP (INMATE #45026-083). ADDRESS IS 1640 SKYVIEW
DRIVE, BRUCETON MILLS, WEST VIRGINIA. P IS SCHEDULED TO BE RELEASED ON 9/9/10.
SPO REVIEW: 05/24/2010
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
03/29/2010 11:09AM CASE CONFERENCE
P. IN JAIL OUT OF STATE. PO RECEIVED LETTER INDICATING THAT HE WILL BE PICK UP
BY THE US MARSHAL ON 2/22/10. PO NEED TO CONTACT US MARSHAL TO GET UPDATE.
SPO REVIEW: 03/31/2010
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
02/19/2010 09:10AM CASE CONFERENCE
CONTACT ADDRESS: BROOKLYN 3 AREA OFFICE 340 LIVINGSTON ST
SPO REVIEWED AND MADE ALL NECESSARY ENTRIES ON F-14 SCREEN.
SPO REVIEW: 02/19/2010
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
01/26/2010 10:00AM LETTER FROM OTHER
PO RECEIVED A FAX FROM VIRGINIA (COFFEEWOOD FACILITY) STATING THAT P WILL BE
RELEASED TO THE US MARSHALLS DETAINER ON 2/22/10.
SPO REVIEW: 03/02/2010
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
01/13/2010 10:00AM OTHER WORK
CASE REVIEWED. NO DV HISTORY.
SPO REVIEW: 01/14/2010
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
12/23/2009 04:15PM TELEPHONE TO OTHER
PO CALLED THE COFFEEWOOD FACILITY AND SPOKE WITH OFFICER POLLARD. SHE STATED
THAT THE RECORDS OFFICE IS CLOSED FOR THE DAY AND THEY ARE THE ONLY ONES WHO
COULD VERIFY IF P IS STILL INCARCERATED. SHE STATED THAT SHE OFFICE WILL REOPEN
ON 12/28/09 AT 7AM. SHE PROVIDED PO WITH THE EXT. 6242.
SPO REVIEW: 01/14/2010
--------------------------------------------------------------------------------

JS242

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *      DATE: 10/30/2014
                    COMMUNITY SUPERVISION                  PAGE:    5
                    PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 10/30/2014

  NAME: SANTIAGO,JESUS                           AREA:
  NYSID: 09488440P                               SPO NAME:
  DIN: 04R1624                                   PO NAME:

DATE        TIME    TYPE                    ACTIVITY        LOCATION
```

ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
12/09/2009 11:02AM CASE CONFERENCE
CONTACT ADDRESS: BROOKYN 3 AREA OFFICE 340 LIVINGSTON ST.
CASE DISCUSSED WITH PO COUNCIL. P.
SPO REVIEW: 12/09/2009
-------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
11/30/2009 11:00AM CASE CONFERENCE
CONTACT ADDRESS: BK 03 AREA OFFICE 340 LIVINGSTON ST.
CASE REVIEWED FOR F14 SCREEN. ALL NECESSARIES ENTRIES WERE MADE.
SPO REVIEW: 11/30/2009
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
11/13/2009 12:30PM TELEPHONE TO OTHER
PO CALLED VIRGINIA DEPT OF CORRECTIONS AT 540-829-6483 AND SPOKE WITH JOANE.
SHE REPORTED THAT P'S STATE NUMBER IS #398075 AND HE IS BEING HELD AT THE
COFFEEWOOD CORRECTIONAL CENTER IN MITCHELLS VIRGINIA.
SPO REVIEW: 11/30/2009
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
11/12/2009 12:45PM TELEPHONE TO OTHER
PO CALLED FAIRFAX COUNTY CORRECTIONAL FACILITY WHO REPORTED THAT P WAS TRANSFER
ED TO VIRGINIA STATE CORRECTIONAL FACILITY.
SPO REVIEW: 11/30/2009
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
09/25/2009 10:00AM CASE CONFERENCE
CASE DISCUSSED WITH PO. PO WILL VERIFY IF P IS STILL INCARCERATED.
SPO REVIEW: 10/15/2009
-------------------------------------------------------------------------------
ENTERED BY: POUGH,FLINORA
AREA: BROOKLYN IV   SPO NAME: POUGH,FLINORA   PO NAME: DURANT,PORTIA
REPORT TAKEN BY: POUGH,FLINORA
09/24/2009 08:01AM CASE CONFERENCE
CONTACT ADDRESS: BK04
F14 REVIEWED AND CORRECTIONS MADE
SPO REVIEW: 09/24/2009
-------------------------------------------------------------------------------
ENTERED BY: POUGH,FLINORA
AREA: BROOKLYN IV   SPO NAME: POUGH,FLINORA   PO NAME: DURANT,PORTIA
REPORT TAKEN BY: POUGH,FLINORA
09/15/2009 10:41AM CASE CONFERENCE
CONTACT ADDRESS: BK04
CASE BEING TRANSFERRED BACK TO PREVIOUS PO FOR MONITORING PER A/S RESNICK BK04
SPO REVIEW: 09/15/2009
-------------------------------------------------------------------------------

JS243

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *      DATE: 10/30/2014
                     COMMUNITY SUPERVISION                     PAGE:      6
                     PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                              AREA:
  NYSID: 09488440P                                SPO NAME:
    DIN: 04R1624                                   PO NAME:

  DATE       TIME    TYPE                       ACTIVITY         LOCATION
```

ENTERED BY: POUGH,FLINORA
AREA: BROOKLYN IV    SPO NAME: POUGH,FLINORA    PO NAME: DURANT,PORTIA
REPORT TAKEN BY: POUGH,FLINORA
08/25/2009 10:26AM CASE CONFERENCE
CONTACT ADDRESS: BK04
F14'S REVIEWED AND CORRECTIONS
SPO REVIEW: 08/25/2009
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
07/31/2009 03:33PM CASE CONFERENCE
CONTACT ADDRESS: BROOKLYN 3 AREA OFFICE
SPO PAREDES REVIEWED AND MADE ALL NECESARY F-14 ENTRIES.
SPO REVIEW: 07/31/2009
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
07/17/2009 12:54PM CASE CONFERENCE
CONTACT ADDRESS: BROOKYN 3 AREA OFFICE
CASE DISCUSSED WITH PO COUNCIL. SINCE LAST CASE CONFERENCE ON 6/19/09 THERE HAS
 BEEN NO CHANGES. HE CONTINUES INCARCERRATED OUT STATE. NO PROJECTED RELEASED D
ATE.
SPO REVIEW: 07/17/2009
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
06/26/2009 10:19AM TELEPHONE TO OTHER
PO CALLED FAIRFAX COUNTY. STAFF VERIFIED THAT P IS STILL BEING HELD IN THEIR
FACILITY.
SPO REVIEW: 06/29/2009
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
06/19/2009 12:30PM CASE CONFERENCE
DISCUSSED WITH SPO PAREDES. P IS INCARCERATED IN VIRGINIA. PO WILL VERIFY FOR M
ONTH OF JUNE.
SPO REVIEW: 06/29/2009
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
05/28/2009 12:00PM CASE CONFERENCE
CONTACT ADDRESS: AREA OFFICE
CASE REVIEWED ALL NECESSARY F14 ENTRY MADE.
SPO REVIEW: 05/29/2009
--------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
05/05/2009 01:30PM OTHER WORK
P SPOKE WITH STAFF AT FAIRFAX. P IS STILL INCARCERATED IN THEIR FACILITY. RELEA
SE DATE IS STILL UNKNOWN.
SPO REVIEW: 05/11/2009
--------------------------------------------------------------------------------

JS244

```
CMSCHRON* * *           NEW YORK STATE - DOCCS        * * *    DATE: 10/30/2014
                         COMMUNITY SUPERVISION                 PAGE:      7
                         PAROLEE CHRONO REPORT
                      FROM 01/01/1999 THRU 10/30/2014

    NAME: SANTIAGO,JESUS                            AREA:
    NYSID: 09488440P                                SPO NAME:
    DIN:   04R1624                                  PO NAME:
```

| DATE | TIME | TYPE | ACTIVITY | LOCATION |
|---|---|---|---|---|

ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
04/28/2009 11:10AM CASE CONFERENCE
CONTACT ADDRESS: BROOKLYN 3 AREA OFFICE 340 LIVINGTON ST.
SPO REVIEWED AND MADE APPROPIATED ENTRIES AT F14 SCREEN.
SPO REVIEW: 04/28/2009
------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
04/17/2009 09:00AM CASE CONFERENCE
 P IS INCARCERATED IN VIRGINIA. RECENTLY VERIFIED ON 3/25/09.
SPO REVIEW: 04/21/2009
------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
03/25/2009 11:00AM TELEPHONE TO OTHER
PO CALLED FAIRFAX COUNTY DETENTION CENTER. SPOKE WITH STAFF WHO REPORTED THAT P
 IS STILL BEING HELD THERE. RELEASE DATE IS UNKNOWN.
SPO REVIEW: 04/09/2009
------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
02/10/2009 10:00AM TELEPHONE TO OTHER
  PO CALLED FAIRFAX COUNTY JAIL AND SPOKE WITH LOREN WHO VERIFID(703-246-2100)
 THAT P IS STILL BEING HELD IN THEIR CUSTODY. LOREN STATED THAT THE STATE HAS N
OT PROVIDED P A RELEASE DATE.
SPO REVIEW: 02/18/2009
------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
01/29/2009 09:00AM CASE CONFERENCE
CONTACT ADDRESS: AREA OFFICE BROOKLYN 3
F-14 SCREEN REVIEWED AND ALL NECESSARY ENTRY MADE.
SPO REVIEW: 01/29/2009
------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
11/14/2008 11:50AM TELEPHONE TO OTHER
 PO CALLED SHERYLLE GANT TO INQUIRE ABOUT P'S STATUS. SHE STATED THAT P IS STIL
LL BEING HELD IN FAIRFAX COUNTY. SHE EXPLAINED THAT P WILL HAVE OBLIGATIONS TO
VIRGINIA UPON HIS RELEASE HOWEVER SHE DOES NOT KNOW EXACTLY WHEN HE WILL BE OUT
. MS. GANT STATED THAT SHE WILL NOTIFY PO ABOUT ANY CHANGES IN P'S STATUS.
 703-366-2131.
SPO REVIEW: 11/19/2008
------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
10/17/2008 04:10PM CASE CONFERENCE
CONTACT ADDRESS: BROOKLYN 3 AREA OFFICE
SPO REVIEWED AND COMPLETED F14 SCREEN.
SPO REVIEW: 10/17/2008
------------------------------------------------------------

JS245

```
CMSCHRON* * *        NEW YORK STATE - DOCCS      * * *    DATE: 10/30/2014
                       COMMUNITY SUPERVISION              PAGE:     8
                       PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 10/30/2014

    NAME: SANTIAGO,JESUS                           AREA:
   NYSID: 09488440P                            SPO NAME:
     DIN: 04R1624                               PO NAME:

    DATE      TIME    TYPE                      ACTIVITY        LOCATION
```

ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
09/30/2008 10:30AM CASE CONFERENCE
CONTACT ADDRESS: AREA OFFICE 14 DEKALB AV. BROOKLYN N.Y.
SPO REVIEWED F14 SCREEN AND IS COMPLETED.
SPO REVIEW: 09/30/2008
-----------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
08/21/2008 01:23PM CASE CONFERENCE
CASE DISCUSSED WITH PO COUNCIL. P. IS CURRENTLY IN CUSTODY IN VIRGINIA. RECENTL
Y VERIFIED.
SPO REVIEW: 08/25/2008
-----------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
08/11/2008 10:50AM TELEPHONE FROM OTHER      LAW ENFORCEMENT
  PO RECEIVED CALL FROM SHERYL GANT. SHE STATED THAT P IS STILL HAS PENDING CHA
RGES BUT SO FAR HAS BEEN SENTENCED TO 7 MONTHS. SHE STATED THAT P HAS A HEARING
 IN FAIRFAX NEXT MONTH. PO WAS FAXED DOCUMENTATION.
SPO REVIEW: 08/20/2008
-----------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
08/06/2008 01:30PM TELEPHONE FROM PAROLEE
 P CALLED AND WANTED TO KNOW WHY A WARRANT WAS ISSUED FOR HIM. P STATED THAT HE
 WAS INSTRUCTED BY FEDERAL PROBATION OFFICERS TO TURN HIMSELF INTO VIRGINIA WHI
CH IS WHY HE DID NOT RETURN TO THIS WRITER. P INSTRUCTED THAT HIS CASE IS IN VI
OLATION STATUS AND HE WOULD HAVE TO GO BEFORE A HEARING OFFICER WHEN HE IS RETU
RNED TO NEW YORK.
SPO REVIEW: 08/20/2008
-----------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
08/05/2008 01:50PM TELEPHONE TO OTHER
  PO CALLED SHERYL GANT TO FIND OUT ABOUT P'S VIRGINIA CASE AND IS CURRENT STAT
US. NO ANSWER. PO LEFT A MESSAGE REQUESTING IMMEDIATE CONTACT.
SPO REVIEW: 08/20/2008
-----------------------------------------------------------------------
ENTERED BY: SIMEON,STEPHANIE
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
08/04/2008 02:05PM TELEPHONE FROM PAROLEE
SUBJECT CALLED TO INFORM HIS PO THAT HE HAD QUESTIONS ABOUT PAROLE WARRANT ISSU
ED AGAINST HIM WHEN HE ONLY TURNED HIMSELF INTO VIRGINIA ON OUTSTANDING WARRANT
HE WAS INFORMED TO CALL HIS PO ON WED
SPO REVIEW: 08/05/2008
-----------------------------------------------------------------------

JS246

Case 1:12-cv-02137-KAM-ST Document 78-3 Filed 02/07/17 Page 10 of 18 PageID #: 990

```
CMSCHRON* * *        NEW YORK STATE - DOCCS       * * *      DATE: 10/30/2014
                     COMMUNITY SUPERVISION                   PAGE:       9
                     PAROLEE CHRONO REPORT
                  FROM 01/01/1999 THRU 10/30/2014

  NAME: SANTIAGO,JESUS                          AREA:
  NYSID: 09488440P                              SPO NAME:
  DIN: 04R1624                                  PO NAME:

DATE       TIME    TYPE                     ACTIVITY         LOCATION
```

ENTERED BY: SMITH,OPAL J
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
07/30/2008 03:19PM TELEPHONE FROM OTHER
    PO SMITH RECEIVED TELEPHONE CALL FROM MS. HAYES SHE WANTED TO KNOW WHY HER
 SON WAS VIOLATED.  ASPER SPO PAREDES. P IS IN VILATION PROCESS AND CASE CAN NO
T BE DISCUSSED.  MESSAGE TAKEN AND WILL BE FORWARDED TO PO COUNCIL WITH RETURN
CALL NUMBER. 917 450-7766.
SPO REVIEW: 08/05/2008
------------------------------------------------------------------------------
ENTERED BY: SMITH,OPAL J
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
07/30/2008 11:54AM TELEPHONE FROM OTHER
PO SMITH RECEIVED A TELEPHONE CALL FROM MS. HAYES SHE STATED SHE WAS P MOTHER.
 SHE WANTED TO KNOW WHY P WAS VIOLATED. AFTER CASE CONFERENCE WITH SPO I WAS IN
FORMED THAT CASE COULD NOT BE DISCUSSED WITH HER BECAUSE CASE WAS CURRENTLY IN
PAROLE VIOLATION PROCESS.  MS. HAYES # 917 450-7766.
SPO REVIEW: 08/05/2008
------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
06/16/2008 12:17PM OTHER WORK
 PRS REVIEW COMPLETED.
SPO REVIEW: 06/20/2008
------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
06/10/2008 09:30AM CASE CONFERENCE
CASE DISCUSSED WITH PO COUNCIL. SPO INSTRUCTED PO TO GET AN UPDATE ON MR.SANTIA
GO STATUS ON VIRGINIA. PO COUNCIL INDICATED THAT SHE RECEIVED AN UPDATE THIS MO
NTH AND SHE HAS NOT PUT IT ON CMS. SPO TOLD HER TO PUT INFORMATION ON CMS.
SPO REVIEW: 06/10/2008
------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
06/03/2008 11:45AM TELEPHONE FROM OTHER
PO RECEIVED A CALL FROM SHERYL GANT WHO STATED THAT P IS STILL INCARCERATED. SH
E EXPLAINED THAT P'S VIOLATION HEARING ARE BEING HELD LATER THIS MONTH. MS. GAN
T WANTED TO KNOW IF NYS PAROLE HAD LODGED A DETAINER FOR HIM AND SHE REQUESTED
A COPY OF IT IN ORDER TO HAVE AVAILABLE AT HER HEARING. MS. GANT STATED THAT SH
E WOULD INFORM PO ABOUT THE OUTCOME OF P'S VIOLATION HEARINGS.
SPO REVIEW: 06/13/2008
------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
05/16/2008 04:12PM OTHER WORK
SPO PAREDES REVIWIEWED F-14 SCREEN AND IS UPDATED.
SPO REVIEW: 05/16/2008
------------------------------------------------------------------------------

JS247

```
CMSCHRON* * *          NEW YORK STATE - DOCCS       * * *    DATE: 10/30/2014
                       COMMUNITY SUPERVISION                 PAGE:     10
                       PAROLEE CHRONO REPORT
                    FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                        AREA:
   NYSID: 09488440P                            SPO NAME:
     DIN: 04R1624                              PO NAME:

   DATE      TIME    TYPE                      ACTIVITY         LOCATION
```

ENTERED BY: MCCORVEY,JAMES
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
04/24/2008 01:34PM TELEPHONE FROM OTHER    LAW ENFORCEMENT
THE DIVISION RECEIVED A CALLED FROM PROBATION OFFICER CHERYL JANT FROM THE EASTERN DISTRICT OF VIRGINIA. SHE INFORMED WRITER THAT SUBJECT WAS RECENTLY ARRESTED IN VA. ON OUTSTANDING WARRANTS IN VA. & NY ( PAROLE WARRANT) HER CALLED BACK # 703-3662131. I GAVE PO. JANT OUR FAX # AND REQUESTED SHE FAX ALL PERITENT DATA AND I WOULD PAST ON INFO THE PO COUNCIL AND HER SUPERVISER. I LATE SPOKE WITH SPO PAREDES AND PO COUNCIL AND ADVISE THEM OF THE ABOVE INFORMATION.
SPO REVIEW: 05/01/2008
-------------------------------------------------------------------------------
ENTERED BY: COOK,CAUDIEU D
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
04/24/2008 10:30AM TELEPHONE FROM OTHER    DELINQUENCY      AREA OFFICE
                                           FIELD ALERT!
                                           INTELLIGENCE INTRVW
                                           LAW ENFORCEMENT
                                           WARRANT ISSUED
CONTACT ADDRESS: 333 SCHERMERHORN ST BKLYN NY
THIS WRITER REC. A CALL ON SUBJECT BEING TRANSFERRED TO FAIR FAX CO.VIRGINIA. CONTACT#(703-246-4420).THIS ENTRY MADE BY PO COOK#618 OF BKLYN WARRANT UNIT.
SPO REVIEW: 05/01/2008
-------------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
04/23/2008 04:00PM CASE CONFERENCE
  CASE DISCUSSED WITH SPO. PO TO MONITOR CASE. P ABSCONDED TO VIRGINIA AND WAS PICKED UP ON NEW CHARGES.
SPO REVIEW: 05/02/2008
-------------------------------------------------------------------------------
ENTERED BY: SHANBERG,SANDRA
AREA: BKLY/QNS WS    SPO NAME: STEVENSON,DARRYL    PO NAME: JOHNSON,CYNTHIA
04/23/2008 12:15PM OTHER WORK
P. WAS PICKED UP BY ALEXANDRIA, VA SHERIFF'S OFFICE FOR POSS. OF MARIJUANA W/ INTENT TO DISTRIBUTE AND BRANDISHING A FIREARM. FAIRFAX, VA WILL PICK HIM UP ON THEIR WARRANT. OUR WARRANT WAS FAXED TO THEM AND WILL FOLLOW HIM TO FAIRFAX. FAX#703 838 4036, PHONE#703 838 4210. CASE IS BEING SENT BACK TO BUREAU FOR MONITORING.
SPO REVIEW: 04/23/2008
-------------------------------------------------------------------------------
ENTERED BY: ARROYO,MARTIN D
AREA: BROOKLYN III    SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
03/14/2008 03:15PM OTHER WORK
ANALYSIS WAS SUBMITTED BY B/C ARROYO. THE SUBJECT IS AN ABSCONDER WITH A DD DATE OF 2/8/08.
SPO REVIEW: 03/19/2008
-------------------------------------------------------------------------------

JS248

```
CMSCHRON* * *      NEW YORK STATE - DOCCS        * * *    DATE: 10/30/2014
                   COMMUNITY SUPERVISION                  PAGE:    11
                   PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                         AREA:
   NYSID: 09488440P                             SPO NAME:
     DIN: 04R1624                               PO NAME:

   DATE      TIME    TYPE                    ACTIVITY        LOCATION
```

ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
03/14/2008 01:15PM CASE CONFERENCE        WARRANT ISSUED
CASE DISCUSSED WITH PO COUNCIL WARRANT ISSUED DUE TO ABSCONDING STATUS.
SPO REVIEW: 03/14/2008
-------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
02/29/2008 11:15AM OTHER WORK
PO COMPLETED AND SUBMITTED VOP.
SPO REVIEW: 03/07/2008
-------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
02/13/2008 08:00PM FAILURE TO REPORT
P FAILED TO REPORT AS DIRECTED.
SPO REVIEW: 03/07/2008
-------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
02/13/2008 08:00PM FAILURE TO REPORT
 P FAILED TO REPORT.
SPO REVIEW: 02/25/2008
-------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
02/08/2008 11:30AM TELEPHONE FROM OTHER
 PO RECEIVED A CALL FROM MS. TAUV AT BELLEVUE MENS SHELTER WHO STATED THAT P NE
VER ENTERED THE SHELTER SYSTEM AND THERE IS NO RECORD OF HIM RESIDING AT THE BE
LLEVUE MEN'S SHELTER.
SPO REVIEW: 03/07/2008
-------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
02/08/2008 10:30AM TELEPHONE TO OTHER
 PO CALLED SHELTER SYSTEM. PO LEFT A MESSAGE FOR SHELTER COORDINATOR MS. TAUV I
IN REGARDS TO P'S STATUS IN SHELTER SYSTEM.
SPO REVIEW: 02/25/2008
-------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO   PO NAME: COUNCIL,KIMBERLY
02/07/2008 02:18PM TELEPHONE FROM OTHER
 SHERYL GANT STATED THAT SHE IS ISSUING A WARRANT FOR P AND HAS TO RETURN TO VI
RGINIA. SHE STATED THAT SHE SPOKE WITH P ON 2/4/08 AND INSTRUCTED HIM TO REPORT
 TO HIS FEDERAL OFFICER IN BROOKLYN AND HE NEVER DID. SHE STATED THAT P STATED
THAT WAS NOT GOING TO REPORT BECAUSE HE WANTS TO LIVE IN TEXAS AND DOES NOT WIS
H TO RETURN TO VIRGINIA. MS GANT WAS INSTRUCTED THAT P DID NOT MAKE HIS OFFICE
REPORT ON 2/6/08.
SPO REVIEW: 02/07/2008
-------------------------------------------------------------------------

JS249

Case 1:12-cv-02137-KAM-ST   Document 78-3   Filed 02/07/17   Page 13 of 18 PageID #: 993

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *   DATE: 10/30/2014
                   COMMUNITY SUPERVISION               PAGE:    12
                   PAROLEE CHRONO REPORT
                FROM 01/01/1999 THRU 10/30/2014

  NAME: SANTIAGO,JESUS                       AREA:
  NYSID: 09488440P                           SPO NAME:
    DIN: 04R1624                             PO NAME:


 DATE      TIME    TYPE                    ACTIVITY       LOCATION


 ENTERED BY: COUNCIL,KIMBERLY O
 AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
 02/06/2008 08:00PM FAILURE TO REPORT
  P FAILED TO REPORT AS DIRECTED.
 SPO REVIEW: 02/25/2008
 -------------------------------------------------------------------------------
 ENTERED BY: ZUNNO,JEAN
 AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
 02/04/2008 12:40PM OFFICE REPORT W/PAROLEE   CURFEW DISCUSSED
                                              FEES DISCUSSED
                                              REVIEWED CONDITIONS
 DUTY OFFICER DISCUSSED ABOVE W/P. THIS OFFICER ALSO DIRECTED P TO REPORT ON WED
 2/6/08. P STATES HE GOT JOB TODAY W/HIGH ENERGY, CO AND WILL BRING FUTHER INFO
 W/HIM ON WED, REPORT DATE.
 SPO REVIEW: 02/07/2008
 -------------------------------------------------------------------------------
 ENTERED BY: YOUNG,MARY
 AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
 02/04/2008 08:30AM OTHER WORK                                PRISON/JAIL
 CONTACT ADDRESS: GOUVERNEUR CF
 FOLDER SENT TO BROOKLYN III A.O. ATN: PO COUNCILE
 SPO REVIEW: 02/07/2008
 -------------------------------------------------------------------------------
 ENTERED BY: DELANO,CHRISTOPHER R
 AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
 01/31/2008 08:40AM RELEASE INTERVIEW         INTERVIEW/REL CO  PRISON/JAIL
                                              REVIEWED CONDITIONS
                                              FEES DISCUSSED
                                              CURFEW DISCUSSED
 CONTACT ADDRESS: GOUVERNEUR
 SUBJECT SIGNED OUT. ALL RELEASE CONDITIONS REVIEWED AND REPORTING INSTRUCTIONS
 DISCUSSED. SUBJECT WAS DISPLEASED ABOUT BELLVUE PLACEMENT AND INDICATED HE WAS
 GOING TO "TELL THPO" I WAS GOING OT STAY WITH HIS SISTER.
 SPO REVIEW: 02/07/2008
 -------------------------------------------------------------------------------
 ENTERED BY: DELANO,CHRISTOPHER R
 AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
 01/24/2008 08:25AM FACILITY INTERVIEW        INTERVIEW FOR AD  PRISON/JAIL
 CONTACT ADDRESS: GOUVERNEUR
 SUBJECT REINTERVIEWED AGAIN AFTER ADDRESS REJECTION. NOT WILLING TO ACCEPT PALL
 ADIA PLACEMENT AND WILL HAVE TO GO TO BELLVUE.
 SPO REVIEW: 01/25/2008
 -------------------------------------------------------------------------------
 ENTERED BY: KELLAR,ROBIN R
 AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
 01/23/2008 08:50AM FACILITY INTERVIEW        INTERVIEW/PRE-BO  PRISON/JAIL
 CONTACT ADDRESS: GOUVERNEUR S-UNIT
 SUBJECT INTERVIEWED FOR ADDRESS - PROVIDED SISTER IN BROOKLYN.
 SPO REVIEW: 01/25/2008
 -------------------------------------------------------------------------------
```

JS250

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *    DATE: 10/30/2014
                      COMMUNITY SUPERVISION                  PAGE:    13
                      PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 10/30/2014

  NAME: SANTIAGO,JESUS                             AREA:
  NYSID: 09488440P                                 SPO NAME:
   DIN: 04R1624                                    PO NAME:


 DATE      TIME    TYPE                      ACTIVITY         LOCATION
```

ENTERED BY: FISHBECK,RUTH I
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
01/14/2008 10:35AM OTHER WORK                              PRISON/JAIL
CONTACT ADDRESS: GOUVERNEUR CF
15 DAY REQUEST FOR COMM PREP STATUS EMAILED TO A/S, A.O. AND DEP REG DIRECTOR.
SPO REVIEW: 01/15/2008
-----------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
01/11/2008 09:20AM HOME VISIT NEGATIVE
PO MADE VISIT TO THE PROPOSED RESIDENCE. NO ANSWER AT THE DOOR. PO LEFT A CARD.
SPO REVIEW: 01/25/2008
-----------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
01/09/2008 06:30PM TELEPHONE TO OTHER
PO CALLED COMM PREP ADDRESS. PHONE NUMBER WAS DISCONNECTED.
SPO REVIEW: 01/25/2008
-----------------------------------------------------------------------------
ENTERED BY: COUNCIL,KIMBERLY O
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
01/07/2008 10:40AM TELEPHONE FROM OTHER
PO RECEIVED A CALL FROM SHERYL GANT OF VIRGINIA PROBATION. SHE STATED THAT P'
S RELEASE DATE IS 2/1/08 AND SHE REQUESTED P'S RELEASE ADDRESS. 703-366-2131.
SPO REVIEW: 01/08/2008
-----------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
12/20/2007 12:40PM CASE CONFERENCE
CONTACT ADDRESS: AREA OFFICE 14 DEKALB AVENUE BROOKLYN NY
CASE DISCUSSED WITH PO COUNCIL.PO TO COMPLETE COM. PREP.
SPO REVIEW: 12/21/2007
-----------------------------------------------------------------------------
ENTERED BY: YOUNG,MARY
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
12/07/2007 10:30AM OTHER WORK                              PRISON/JAIL
CONTACT ADDRESS: GOUVERNEUR CF
COMM PREP PACKET SENT TO A.O. THIS DATE
SPO REVIEW: 12/07/2007
-----------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: BROOKLYN III   SPO NAME: PAREDES,CLAUDIO    PO NAME: COUNCIL,KIMBERLY
REPORT TAKEN BY: PAREDES,CLAUDIO
11/20/2007 02:55PM CASE CONFERENCE
CONTACT ADDRESS: AREA OFFICE 14 DEKALB AV. BROOKLYN N.Y.
CASE DISCUSSED WITH PO COUNCIL. PO TO COMPLETE COM. PREP. ASAP.
SPO REVIEW: 11/29/2007
-----------------------------------------------------------------------------

JS251

```
CMSCHRON* * *       NEW YORK STATE - DOCCS        * * *       DATE: 10/30/2014
                    COMMUNITY SUPERVISION                     PAGE:    14
                    PAROLEE CHRONO REPORT
                 FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                          AREA:
   NYSID: 09488440P                              SPO NAME:
    DIN: 04R1624                                 PO NAME:

   DATE      TIME    TYPE                      ACTIVITY          LOCATION
```

ENTERED BY: DELANO,CHRISTOPHER R
10/31/2007 08:15AM FACILITY INTERVIEW        INTRVW/BOARD REV  PRISON/JAIL
                                             INTERVIEW FOR ADDRESS
                                             ADDRESS PROPOSED
CONTACT ADDRESS: GOUVERNEUR
SUBJECT INTERVIEWED FOR 12/07 CRC-PV REVIEW BY THE PAROLE BOARD. PAROLE VIOLATO
R WITH AN AE DATE OF 2/2/08. ADDRESS PROPOSED WITH MOTHER(F17). VIOLATED PAROLE
BY ABSCONDING TO VA WHERE HIS WIFE LIVES. HX OF WEAPONS POSS AND WEAPONS ASSAUL
T.
SPO REVIEW: NONE
-----------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: FLEISCHMAN,MERYL
06/12/2007 03:15PM OTHER WORK
FAXED OVER EXTRADITION AND VOP PAPERWORK TO THE WARRANT AND TRANSFER BUREAU.
SPO REVIEW: 06/12/2007
-----------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: FLEISCHMAN,MERYL
06/12/2007 03:05PM TELEPHONE TO OTHER
CALLED THE WARRANT AND TRANSFER BUREAU AND SPOKE TO ANITA. WILL FAX OVER PAPERW
ORK.
SPO REVIEW: 06/12/2007
-----------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: FLEISCHMAN,MERYL
06/12/2007 03:00PM LETTER FROM OTHER
RECEIVED A COPY OF THE WAIVER OF EXTRADITION. P IS NOW AVAILABLE FOR PICK UP.
SPO REVIEW: 06/12/2007
-----------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: FLEISCHMAN,MERYL
06/12/2007 02:50PM TELEPHONE FROM OTHER
RECEIVED CALL FROM WEST VIRGINIA AUTHORITIES TO SAY THAT P HAS WAIVED EXTRADITI
ON AND A FAX IS FORTHCOMING.
SPO REVIEW: 06/12/2007
-----------------------------------------------------------------------------
ENTERED BY: ALVAREZ,PETER J
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
06/01/2007 11:00AM TELEPHONE TO OTHER
PO CONTACTED MR. MORRENO INFORMED HIM THAT NYS PAROLE WARRANT WAS FAXED TO CHIE
F DEPUTY ROBERSON ON 05/30/07.
MR. MORRENO CALLED BACK FIVE MINUTES LATER AND CONFIRMED WARRANT WAS RECEIVED.
SPO REVIEW: 06/04/2007
-----------------------------------------------------------------------------

JS252

```
CMSCHRON* * *      NEW YORK STATE - DOCCS      * * *    DATE: 10/30/2014
                   COMMUNITY SUPERVISION                PAGE:   15
                   PAROLEE CHRONO REPORT
                   FROM 01/01/1999 THRU 10/30/2014

   NAME: SANTIAGO,JESUS                      AREA:
   NYSID: 09488440P                          SPO NAME:
   DIN: 04R1624                              PO NAME:


DATE        TIME    TYPE                  ACTIVITY         LOCATION


ENTERED BY: ALVAREZ,PETER J
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
06/01/2007 10:45AM TELEPHONE FROM PAROLEE
RECEIVED CALL FROM PO JOHNSON, GAVE INFO TO CONTACT DIEGO MORRENO (304)379-5162
. REGARDING RELEASE AND ARRANGEMENTS FOR EXTRADITION.
SPO REVIEW: 06/04/2007
-------------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: FLEISCHMAN,MERYL
05/31/2007 01:50PM CASE CONFERENCE
THE SUBJECT IS IN CUSTODY IN THE STATE OF W. VA. HE WILL BE AVAILABLE TO OUR WA
RRANT SHORTLY AND OUR WARRANT WAS RE-FAXED TO PRESTON COUNTY SHERIFFS OFFICE IN
W.VA. ON 5-30-07.
SPO REVIEW: 06/01/2007
-------------------------------------------------------------------------------
ENTERED BY: FLEISCHMAN,MERYL
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
05/31/2007 11:00AM OTHER WORK
LEGAL MAIL WAS RECEIVED FROM P (SENT TO SPO AND PO). SPO FORWARDED THE MAIL TO
THE COUNSEL'S OFFICE FOR AN EXPLANATION SINCE SPO COULD NOT UNDERSTAND THE AMIL
'S INTENT.
SPO REVIEW: 06/01/2007
-------------------------------------------------------------------------------
ENTERED BY: ALVAREZ,PETER J
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
05/30/2007 09:40AM TELEPHONE FROM OTHER
RECEIVED CALL FROM WARRANTS STATING THEY RECEIVED INFO REGARDING SUBJECT HWO IS
BEING HELD IN WEST VIRGINIA. THEY WILL FAX OVER INFORMATION.
SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: PELLE,JOHN L
AREA: BROOKLYN III    SPO NAME: FLEISCHMAN,MERYL    PO NAME: ALVAREZ,PETER
REPORT TAKEN BY: PELLE,JOHN
04/03/2007 12:30PM TELEPHONE FROM OTHER      DUTY OFFICER
 FROM MARYANN IN ALBANY ALERTS BUREAU ; SHE STATED THAT THE DIVISION RECEIVED
A CALL FROM MS. LESLIE PEREZ - PRINCE WILLIAM COUNTY /VIRGINIA - PRE-TRIAL
SERVICES (703)792-4568 ; SUBJECT IS BEING HELD ON LOCAL CHARGES ; THE JAIL
# IS (703) 792-6420;
SPO REVIEW: 04/03/2007
-------------------------------------------------------------------------------


                       * * * END OF REPORT * * *
```

JS253

```
************************************************************************
FOLDER COPY          State of New York - Division of Parole    Date: 02/04/08
FORM 9026               Parole Board Release Decision Notice

    Name:          SANTIAGO,JESUS
    DIN:           04R1624
    Nysid:         09488440P
    Facility:      GOUVERNEUR
    Interview Date: 01/29/2008
    Interview Type: CRC-PV


    ME Date:       06/07/2011
    CR Date:       NONE
    Prev Hold:

                                                          MIN SENT      MAX SENT
    CONTROLLING CONVICTION(s)    ATTEMPT       FLCL       (YY-MM)       (YY-MM)
    CPW-2 >78*                   NO            C          00-00         03-06
```

Sentencing Counties:    KINGS

Jail Time in Days:      0188

Transit Case:  NO

JS254

```
FOLDER COPY           State of New York - Division of Parole      Date: 02/04/08
FORM 9026                Parole Board Release Decision Notice

      Name:  SANTIAGO,JESUS               Facility:        GOUVERNEUR
      DIN:   04R1624                      Interview Date:  01/29/2008
      Nysid: 09488440P                    Interview Type:  CRC-PV


      /MEY
```

Comments:

   PO:1,2,3,5,6,8,9,10,15,27
   PB:1,2,3,5,6,8,9,20,15,27           RELEASE DATE: 2/2/08


FPO II           : J. MASON

   Commissioners:
   LUDLOW,G. KEVIN           ELOVICH,LISA            THOMPSON,SALLY A

JS255