## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | December 18, 2019 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-12-2137 (KAM) |
| **NAME OF CASE(S):** | **SANTIAGO V. CUOMO ET AL.** |
| **FOR PLAINTIFF(S):** | Santiago & Greenberg |
| **FOR DEFENDANT(S):** | Keene |
| **NEXT CONFERENCE(S):** | **FEBRUARY 20, 2020 AT 12:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 11:50 - 12:09 |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, counsel's Motion to Withdraw [131] is granted.  Mr. Greenberg is terminated as attorney of record.  The Court will provide Mr. Santiago 60 days to retain a new attorney.  The Court will hold a status conference on February 20, 2020 at 12:00 p.m.  If Plaintiff has not retained new counsel by that date, he must appear at the conference in person.