```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK


---------------------------------X
                                 :
JESUS SANTIAGO,                  :
                                 :   12-CV-02137 (KAM)
            Plaintiff,           :
                                 :
            v.                   :
                                 :   225 Cadman Plaza East
CUOMO, et al.,                   :   Brooklyn, New York
                                 :
            Defendants.          :   December 18, 2019
---------------------------------X

        TRANSCRIPT OF CIVIL CAUSE FOR MOTION HEARING
            BEFORE THE HONORABLE STEVEN TISCIONE
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:          ROBERT GREENBERG, ESQ.
                            Robert L. Greenberg, Esq.
                            43 West 43rd Street
                            New York, New York 10036


For the Defendants:         MICHAEL J. KEANE, ESQ.
                            Office of the Attorney General
                             of the State of New York
                            120 Broadway
                            New York, New York 10271



Court Transcriber:          SHARI RIEMER, CET-805
                            TypeWrite Word Processing Service
                            211 North Milton Road
                            Saratoga Springs, New York 12866
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

2

1  (Proceedings began at 11:50 a.m.)
2           THE CLERK:  Civil Cause for Motion Hearing, 12-CV-
3  2137, Santiago v. Cuomo, et al.
4           Please state your appearances for the record.
5           MR. SANTIAGO:  Jesus Santiago.  What would you like
6  to know, Your Honor?
7           THE COURT:  I'm sorry.
8           MR. SANTIAGO:  I said what would you like to know at
9  this point.
10          THE COURT:  Let me just get appearances from
11 everyone and then we can discuss the issues.
12          MR. SANTIAGO:  Okay.
13          THE COURT:  Go ahead.
14          MR. SANTIAGO:  He has nothing to do with this.
15          MR. GREENBERG:  Why is he here?
16          MR. SANTIAGO:  None of your business.  You're not a
17 judge.
18          THE COURT:  Counsel, please state your appearance
19 for the record.
20          MR. GREENBERG:  Robert Greenberg, Robert L.
21 Greenberg, P.C, 43 West 43rd Street, New York, New York.  Good
22 morning, Your Honor.
23          THE COURT:  Good morning.
24          MR. KEANE:  Michael Keane, K-E-A-N-E from the Office
25 of the Attorney General for the defendants.

```
 1                THE COURT:  Mr. Santiago, the gentleman sitting next
 2   to you at counsel table, is he your attorney?
 3                MR. SANTIAGO:  He's my personal security.  There
 4   have been a couple of attempts on my life so I feel like I
 5   need personal security and I have quite much more than just
 6   him.  So there's been quite a few things, a few courtesy
 7   calls.  My house being filmed.  Had to move halfway across the
 8   country.  A lot of things going on.  So I feel like I need
 9   safety with me.  The foolishness that they're talking about,
10   somebody threatening and all that other stuff, no.  That's not
11   the game.  We're not going to play that.  I'm looking to go in
12   his pockets.  I'm not looking to go do anything physical to
13   him.  I want his money.  Not nothing physical with him.
14                So as far as all that is concerned I don't know what
15   he's talking about.  I seen the paperwork.
16                THE COURT:  Look, at this point counsel has asking
17   to withdraw regardless of whatever intent or not intents there
18   might be.  It's clear from the conversations that there's been
19   a breakdown in the attorney-client relationship.
20                MR. SANTIAGO:  Oh, yeah.  He's out of here.  He's
21   fired.  That's fine.
22                THE COURT:  So at this point I think the best thing
23   to do is to grant the motion to withdraw.  Give you some time
24   to find a new attorney that perhaps you have a better
25   relationship with so that we can move forward.
```

```
                                                                   4
 1              MR. SANTIAGO:  Let me explain something to you what
 2   happened.  I want this stuff on record because I feel like
 3   I've been silenced.  I've been treated like a number on a
 4   paper.  I haven't been treated like an individual.  I have not
 5   been treated like a human being.  Even when I went to his
 6   office -- I went in his office.  They turned all the AC on.
 7   They did all these extra stuff.  They start talking in
 8   repetitious trying to make it seem -- they treat me as if I'm
 9   the criminal if I'm the person on the stand.
10              Not only that, I've not seen any paperwork of how
11   many days I actually was incarcerated.  They claiming that
12   somebody lost my paperwork.  I have not seen any paperwork
13   with an actual amount of days, the number of days or how many
14   days I spent in the penitentiary.  I've given them ways of
15   getting this information.  I've gotten none of it.  He's
16   giving me a bunch of excuses.  He has not provided anything.
17   Anything that I looked in email is very limited information.
18   I have nobody defending me.
19              The Court actually -- the Bar Association actually
20   gave me Gabriel Estedea [Ph.].  Gabriel Estedea decided that
21   he wanted to have a mid-life crisis and leave and run off to
22   Florida and leave my cases dormant.  He passed it off to his
23   little buddy over here, gave my cases to him.
24              MR. GREENBERG:  Judge, I don't need to be --
25              MR. SANTIAGO:  He gave up my case --
```

```
                                                                  5
1                MR. GREENBERG:  This is --
2                MR. SANTIAGO:  No, this is the truth.  This is not
3    the truth?  This is not the truth?
4                MR. GREENBERG:  This is not the truth.
5                MR. SANTIAGO:  This is not the truth.
6                MR. GREENBERG:  Correct.
7                MR. SANTIAGO:  So you didn't pick my case up.
8    Gabriel didn't give you my case?
9                MR. GREENBERG:  You --
10               MR. SANTIAGO:  Gabriel didn't you give my case?
11               MR. GREENBERG:  Stop.  Stop.
12               MR. SANTIAGO:  What do you mean stop?
13               MR. GREENBERG:  Stop.  Behave --
14               MR. SANTIAGO:  Don't tell me stop.  Don't tell me
15   behave myself.  I'm not your child.
16               THE COURT:  Calm down.
17               MR. SANTIAGO:  You imbecile.
18               THE COURT:  Calm down.
19               MR. SANTIAGO:  Don't do that, man.  Don't do that.
20   Don't do it.
21               MR. GREENBERG:  I'm not doing anything.
22               MR. SANTIAGO:  Don't do that.
23               MR. GREENBERG:  I'm not doing anything.  I don't
24   need to sit here and be insulted.
25               MR. SANTIAGO:  I'm telling exactly what happened.
```

1  So if he wants to hear my story I could say whatever I want.
2  So what? That's what's wrong with you. You're arrogant. You
3  think because your pockets is lined that you can talk to
4  anybody any type of way because I don't come from where you
5  come from. You're not going to talk to me any type of way.
6  I'm a strong black man and you not going to talk to me any
7  type of way. You or you, you're not going to treat me any
8  type of way. I had enough of you all. I've been abused by
9  the police station. I got my teeth knocked out. I've been
10 dragged through the street. I'm falsely in prison and they
11 sit there like it's no big deal. It's no big deal. Nobody
12 cares. It's just Santiago.
13          And then he got the nerve to come in here and
14 [inaudible] his face up and talking about don't do that.
15 Everything I'm saying is legit. Everything I'm saying is
16 accurate. Prove that what I'm saying is not accurate.
17          THE COURT: Okay.
18          MR. SANTIAGO: Don't talk mumble jumble law stuff.
19 Prove what I'm saying is not accurate. Show it.
20          THE COURT: Mr. Santiago, I don't think this is
21 productive because at the end of the day the only thing that's
22 really at issue here is how we're going to --
23          MR. SANTIAGO: You're trying to silence me. I'm
24 tired of being silenced.
25          THE COURT: Okay.

7

1           MR. SANTIAGO:  I want to tell my story.  Gabriel
2  Estedea gave my case over to him without even my knowledge.  I
3  still in the penitentiary.  He picked up my case and I found
4  out about him after the fact.  If you don't believe me, did
5  you forget I sent the letter to Judge Matsumoto?  Did you
6  forget that?
7           MR. GREENBERG:  No.
8           MR. SANTIAGO:  Did you forget that?
9           MR. GREENBERG:  I did not get forget that.
10          MR. SANTIAGO:  Judge, he got -- here's the letter --
11 this is Judge Matsumoto saying that he picked up my case
12 without even having my consent.  After the fact he was like
13 well, nobody else is going to pick up your case.  It's too
14 far.  If you don't let me take over the case I'll drop it and
15 you'll lose both your cases.  They did that --
16          MR. GREENBERG:  That is not true.  That is not true.
17          MR. SANTIAGO:  And he gave me $15,000 after he
18 messed up my case and then turned around and say he would give
19 me a bigger portion of my forced imprisonment and turn around
20 and try to void the contract by asking the judge for a
21 separate payout to himself for his legal litigation and pay me
22 on the side and give me crumbs.  This is not going to go this
23 way.  I'm the one that sat in the prison.  They didn't.  He
24 just came in here and got on the bandwagon at the last minute
25 because Gabriel Estedea left me for dead.  So where is my

1  justice?  Where is everybody that's supposed to be talking up
2  for me?  I'm the one that my -- my rights have been violated.
3  Where is my help?  Where is my assistance?  You guys don't
4  care about nothing that happened to me.  Y'all don't even know
5  the fact that I've been beaten in prison.  Do y'all realize
6  there's records with me being beat by CO's and the -- in
7  Rikers Island?
8          Nobody knows any of this stuff.  Nobody knows
9  anything of this stuff.  They threw my other case out and
10 everybody walked away.  Everybody is happy.  And he got the
11 nerve to come in here and do this.  Are you serious?  I had
12 enough.  I don't care.  You want to -- get him off my case.  I
13 don't want to deal with him any more and I'm not going to sit
14 here and be suppressed.  I'm not scared of anybody and I never
15 will be.  I had enough.  If they want to kill me, they want to
16 shoot me, they want to send more police over here come harass
17 me, that's fine but I'm not ducking any more.  I had enough.
18         There's been no disrespect to you but I'm tired of
19 being abused and if y'all want to lock me up for saying I'm
20 tired of being abused, knock yourself out.  Get your U.S.
21 Marshal.  I had enough.  I can't take any more.
22         THE COURT:  I'm granting a motion to withdraw.  I'm
23 going to give you 60 days to find a new attorney.  Do you --
24 until you actually have an attorney that comes in you're going
25 to have to be listed on the docket technically as pro se.

9

1  So --
2              MR. SANTIAGO:  So they trying to get me to engage
3  the Court without a proper legal representation?  That's a
4  slippery slope, sir.
5              THE COURT:  Well, it's --
6              MR. SANTIAGO:  That's a slippery slope, sir, and you
7  know it is.
8              THE COURT:  As a technical matter the Court needs
9  some way of contacting you in the interim.
10             MR. SANTIAGO:  I have a phone number.  Use to
11 contact me?  I have a phone number.  I got emails.  I got
12 multiple addresses.
13             THE COURT:  And that's what I'm getting to.  Once
14 Mr. Greenberg is withdrawn as your attorney neither the Court
15 nor the other side or anyone can use him as a method of
16 contacting you.  So in order to replace him I need contact
17 information for you that I can put up on the docket so that,
18 for example, if there's a court order that needs to be sent to
19 you I have an address to send it to because I'm not going to
20 send it to Mr. Greenberg if he's no longer your attorney.
21             MR. SANTIAGO:  I have no address for you.  I don't
22 feel safe giving the Court my address.  You guys are too
23 lackadaisy [sic] with your information and my car has been
24 filled up with bullet holes and a bunch of other things you
25 guys know nothing about.  And the police is doing a lot of

10

1 stuff.

2          You guys think these guys are out here protecting us
3 and they out here harming us.  They out here harming us.  This
4 stuff was caught on camera and they even erased the project's
5 cameras.  They're letting these cops do everything and I'm
6 telling you guys.  You guys have to pay attention.  It's
7 happening to us.  It's everywhere.  You guys not seeing it on
8 TV?  Like I mean have you not spoken to anybody experienced?
9 Walk through some of these prisons.  You guys need to see
10 what's going on.  They're just -- they're in there doing us
11 filthy, Your Honor, and the only thing they care about -- you
12 know what they say?  This is -- this is the reason.  You got
13 in trouble before.  You're not worth nothing.  You can't come
14 back into society and actually make yourself into something.
15 You're just nothing.  You can't rebuild yourself, nothing.
16 You're always a -- you're always a so-called "victim" because
17 you got in trouble before.  So basically you're saying that we
18 never -- we're never good anymore.  We just throw aways to
19 America now?  Is that what we're doing?  We're throwing people
20 away?  There's never an answer.

21          Are we finished here?  I'm going to go.

22          THE COURT:  So let me give you a date.  I'm going to
23 put this over for 60 days so you can attempt to find another
24 attorney.  If you do have another attorney that's going to
25 represent you just have him or her file a notice of appearance

```
                                                                  11
 1   on your behalf and let's pick a day to come back.
 2               MR. SANTIAGO:  What about accountability?
 3               THE COURT:  I'm sorry.
 4               MR. SANTIAGO:  Accountability.
 5               THE COURT:  Accountability for?
 6               MR. SANTIAGO:  Accountability.  For what he done
 7   that I can prove under any -- any court to show what happened.
 8   Where is the accountability?  I called the Bar Association.
 9   I'm not going to just let this -- it's not just like oh, we're
10   going to let this go.  Something had to be done to him.  He
11   need to be reprimanded.  He needs to be disbarred for some of
12   the stuff he done.  Some of the stuff he's doing has got to be
13   illegal.
14               THE COURT:  Okay.
15               MR. SANTIAGO: Where do I get -- who do I go to to
16   get some assistance to deal with him?
17               THE COURT:  Well, I can't give you legal advice.
18   All I can tell you is that there are methods for making
19   complaints --
20               MR. SANTIAGO:  Can I ask you a question?
21               THE COURT:  -- if you have a complaint for something
22   that legal counsel has done.
23               MR. SANTIAGO:  Ethics inquiry are you referring to?
24               THE COURT:  There are grievance committees for
25   attorneys.
```

```
                                                                  12
 1                MR. SANTIAGO:  Ethics committee.
 2                THE COURT:  Yes, essentially.  Same thing.  Ethics,
 3   grievance.  It depends on the state because sometimes they
 4   have different terms for it.  It's essentially the same thing
 5   that you can make a complaint through.  You don't technically
 6   need representation for that.  You can make the complaint
 7   yourself.  I think that's probably --
 8                MR. SANTIAGO:  How do you sleep at night?  Some of
 9   the things they're doing you have no control over it.  How
10   does it feel?
11                THE COURT:  I personally sleep fine because I'm not
12   aware of anything in particular that's been done that --
13                MR. SANTIAGO:  I'm telling you it's happening.
14                THE COURT:  Okay.
15                MR. SANTIAGO:  It's happening in front of you.  You
16   guys are not doing anything about it.  Y'all have the powers.
17   You judges have the power to get them to make them follow the
18   law.  They're actually walking in gray areas and I'm proving
19   it beyond a reasonable -- I can prove everything that I'm
20   saying.  Don't that disturb you a little bit that an attorney
21   would do something like that to his own client?  Who do I have
22   to bat me?  Who do I have to represent me if my own attorney
23   is selling me out?
24                MR. GREENBERG:  Judge, if I may.  I have never sold
25   out my client.  I've never done anything ethical or illegal.
```

1   MR. SANTIAGO: Please.

2   MR. GREENBERG: I don't need to sit here and allow
3 him to slander me like this. This is ridiculous. This is
4 also why I've been asking for the order of protection.
5 Clearly if he's bringing in "security" my security is really
6 the one at risk.

7   THE COURT: First of all, you're being terminated as
8 attorney of counsel in this case. So I have no authority to
9 give you an order of protection once you're no longer attorney
10 in this case. I don't have jurisdiction over you in any other
11 way.

12   All I can do is advise plaintiff that once he's no
13 longer your attorney there's not any reason for you to be
14 contacting him but beyond that if you want an order of
15 protection you have to go to state court and get one. Once
16 you leave this courtroom you're never going to appear on this
17 case again. So that limits my jurisdiction over you.

18   MR. GREENBERG: Well, actually, Judge, that gets to
19 the next issue before the court which is the lien which would
20 be I guess a reason that I would be before this Court again.

21   MR. SANTIAGO: No, he not getting any money from my
22 cases. Zero.

23   MR. GREENBERG: Judge, I think the docket and the
24 work that I've done speaks for itself. I don't how many
25 motions --

14

```
 1              MR. SANTIAGO:  He's [inaudible] my cases --
 2              MR. GREENBERG:  Stop.  Let me finish.  I let you
 3   finish.  You got to let me finish.
 4              MR. SANTIAGO:  He lost my case.  Look it up.  It's
 5   on the docket.  He lost my case.  He did nothing for me.  I'm
 6   not giving him not one single dollar.
 7              THE COURT:  First of all --
 8              MR. SANTIAGO:  Basically I will destroy both my
 9   cases before he gets one red penny.  I would throw my case out
10   before I let you get one single dime off my suffering.
11              MR. GREENBERG:  Okay.
12              MR. SANTIAGO:  I don't care nothing about it.  I get
13   that money later from you out of your pocket, home boy.  I'm
14   telling you.  I get a lawyer.  I sue your ass and I get it out
15   of your pocket.
16              MR. GREENBERG:  Good.
17              MR. SANTIAGO:  I don't got to run around --
18              MR. GREENBERG:  I don't want to have this
19   conversation any more.
20              MR. SANTIAGO:  I don't want to have this
21   conversation either.
22              MR. GREENBERG:  Right, but you keep going.
23              THE COURT:  We're done.
24              MR. SANTIAGO:  Sucker.
25              MR. GREENBERG:  Judge, this is getting beyond
```

```
                                                                 15
 1   absurd.  Please, Your Honor.  I mean I don't know what we can
 2   do about this now but this is getting really silly.
 3            MR. SANTIAGO:  It's as silly as you are.
 4            THE COURT:  At this point you're terminated as
 5   attorney of record in this case.  You got time to go find a
 6   new attorney.  I'm not dealing with a lien at this point
 7   because there's no reason to.  At this point there's nothing
 8   to talk about.  If there becomes something later on then we
 9   can talk about it but at this point there's nothing to have a
10   lien against because there's no recovery yet.
11            MR. GREENBERG:  Well, there would still be the
12   retaining lien for the file.
13            MR. SANTIAGO:  You're scraping for the bottom of the
14   barrel, ain't you?
15            MR. GREENBERG:  You have to make a comment
16   on everything I say to the Court?
17            MR. SANTIAGO:  You're that thirsty?
18            MR. GREENBERG:  Yes, I am.  Thanks.
19            THE COURT:  You have a lien out there and then
20   typically speaking if there's any new attorney that comes in
21   generally speaking those are kind of negotiated between the
22   attorneys but to the extent it's not then you can address it
23   to the Court at the time that it becomes ripe but you have the
24   retaining lien.
25            MR. SANTIAGO:  No, he doesn't.
```

16

1 THE COURT: Sixty days would put us to February,
2 February 20th at noon.
3 MR. SANTIAGO: Do we have a trial date set already?
4 THE COURT: We do not have a trial date. Judge
5 Matsumoto was going to set a trial date until the motion to
6 withdraw was filed. So once you get a new attorney that comes
7 into the case and gets up to speed then we can set a trial
8 date.
9 MR. SANTIAGO: Yes, sir.
10 THE COURT: I don't want to set anything right now
11 because I don't know how long it's going to take your new
12 attorney to get up to speed or how much time he or she is
13 going to want. So let's get the attorney first and then we
14 can move forward from that point.
15 So February 20th at noon. If you do have an
16 attorney by that time have him or her file a notice of
17 appearance and then they can appear at the conference. If you
18 do not have a new attorney by that time then you have to come
19 yourself.
20 MR. SANTIAGO: Pro se.
21 THE COURT: Anything further?
22 MR. GREENBERG: No, Your Honor.
23 THE COURT: Have a good day everyone.
24 MR. SANTIAGO: Have a good day, Your Honor.
25 MR. GREENBERG: Judge, I would imagine you don't

```
                                                                17
 1   mind if I just sit here for another minute or so.
 2              THE COURT:  Take your time.
 3              MR. KEANE:  We will request a transcript.
 4              MR. SANTIAGO:  Send me a copy.
 5              THE COURT:  You want to request it for me.
 6              MR. KEANE:  I'll have -- my people will call your
 7   people but --
 8   (Proceedings concluded at 12:09 p.m.)
 9                          *  *  *  *  *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

18

1    I certify that the foregoing is a court transcript from
2 an electronic sound recording of the proceedings in the above-
3 entitled matter.
4
5                              *Shari Riemer*
6                              Shari Riemer, CET-805
7 Dated:  December 31, 2019