UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JESUS SANTIAGO,**<br><br>       Plaintiff,<br><br>vs.<br><br>**BRIAN FISCHER, et al.**<br><br>       Defendants, | NOTICE OF MOTION<br><br>Index No. 12-cv-2137-KAM-MDG |

  PLEASE TAKE NOTICE that, upon the accompanying Plaintiff's Memorandum of Law in Support of Their Motions in Limine, the attached exhibits, together with all the pleadings and proceedings heretofore had herein, plaintiff will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States Courthouse, 225 Cadman Plaza, Brooklyn, New York, on such date as may be set by the Court, for orders in limine under the Federal Rules of Evidence governing the admission of certain evidence for trial, as detailed in the moving papers.

Dated: New York, New York
    July 29, 2022

                   Rickner PLLC

                   By:   /s/

                   Rob Rickner

                   14 Wall Street, Suite 1603
                   New York, New York 10005
                   Phone: (212) 300-6506
                   Fax: (888) 390-5401
                   *Attorney for Plaintiff*

Served via ECF on:
All Parties of Record