**VIRGINIA DEPARTMENT OF CORRECTIONS**

**OSC-106**                                                       **Sentence Summary**

| **DOC #:** 1327797 | **Offender:** Santiago, Jesus | **Print Date:** 11/12/2021 |
|---|---|---|
| **Status:** Active | **Location:** Coffeewood Correctional Center | **Page:** 1 of 1 |

| **Current Class Level:** Level 1 | **CRD:** 05/08/2009 |
|---|---|
| | **Parole Rev. Date:** |
| **Total Sentence:** 2 **Years** 0 **Months** 0 **Days** | **Parole Violations:** 0 |

| **Date of Judgment** | **Sentence Description** |
|---|---|
| 12/11/2008 | Fairfax County Circuit - Docket: FE-2008-1485 |
| | Offense: Drugs: Distrib/PWI Marijuana >1/2 Oz To 5 Lbs{NAR-3032-F5}{18.2-248.1(a)(2)} |
| | Offense Date: 10/30/2005 |
| | Good Time System: Earned Sentence Credit |
| | Consecutive Sentence |
| | Sentence Imposed: 10 Years 0 Months 0 Days |
| | Sentence Suspended: 8 Years 0 Months 0 Days |
| | Net Sentence: 2 Years 0 Months 0 Days |
| | Court Costs: 445.00 |
| | Sentence, Partially Suspended |
| | Probation Fixed Term |
| | Potential Registry: N-No |