Query       Reports       Utilities       Help       Log Out

R Create an Alert for This Case on RECAP

CLOSED

## U.S. District Court
## Eastern District of Virginia - (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:01-cr-00251-TSE-1

| | |
|---|---|
| Case title: USA v. Santiago | Date Filed: 07/05/2001 |
| Magistrate judge case number: 1:01-mj-00586 | Date Terminated: 11/16/2001 |

Assigned to: District Judge T. S. Ellis, III

**Defendant (1)**

| | | |
|---|---|---|
| **Jesus Santiago**<br>*TERMINATED: 11/16/2001* | represented by | **Douglas Adrien Steinberg**<br>Douglas A.Steinberg<br>216 South Patrick Street<br>Alexandria, VA 22314<br>703-549-0446<br>Fax: 703-549-0449<br>Email: das@douglasasteinberg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |
| | | **Geremy C. Kamens**<br>Office of Federal Public Defender<br>1650 King St<br>Suite 500<br>Alexandria, VA 22314<br>(703) 600-0800<br>Email: Geremy_Kamens@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender |

| **Pending Counts** | **Disposition** |
|---|---|
| (21:841A=NP.F) 21:841(a)(1) POSSESSION with intent to distribute 5 or more grams of crack cocaine (Sch.II) (CT.2 05/03/01)<br>(2) | 37 mos. BOP w/ credit, and Court recs. Intensive Confinement Prog. 4 yrs. SR w/ spec. conds: see Minutes. $100 SA; no fine. Remanded. 8 mos. BOP on viols. 11/9/06 TSE Order w/ 30 mos. SR w/ conds. to follow. Remanded. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| (18:922G.F) 18:922(g)(2) Possession of a firearm and ammunition by a fugitive (CT.1 05/03/01) (1) | DISMISSED |
| (18:922W.F) 18:922(w)(1) Possession of large capacity ammunition feeding device (CT.3 05/03/01) (Not A True Bill) (3) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Morris R. Parker , Jr.**<br>United States Attorney's Office<br>2100 Jamieson Ave<br>Alexandria, VA 22314<br>(703)299-3700<br>Email: morris.parker@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Heberle**<br>US Attorney's Office (Alexandria)<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>**NA**<br>703-299-3700<br>Email: robert.heberle@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephanie Fleming**<br>US Attorney's Office (Alexandria)<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>**NA**<br>703-299-3968<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2001 | 1 | COMPLAINT as to Jesus Santiago [ 1:01-m -586 ] (clerk) (Entered: 06/05/2001) |
| 06/05/2001 | 2 | AFFIDAVIT by USA as to Jesus Santiago Re: [1-1] complaint [ 1:01-m -586 ] (clerk) (Entered: 06/05/2001) |

| | | |
|---|---|---|
| 06/05/2001 | | Arrest WARRANT issued as to Jesus Santiago [ 1:01-m -586 ] (clerk) (Entered: 06/06/2001) |
| 06/13/2001 | | ARREST of Jesus Santiago [ 1:01-m -586 ] (jsch) (Entered: 06/14/2001) |
| 06/13/2001 | | Initial appearance as to Jesus Santiago held ;Preliminary Examination set for 2:00 6/18/12 for Jesus Santiago before Magistrate Judge Barry R. Poretz ( Tape 264) USA appeared through: Parker Dft(s) appeared through: w/o Counsel (Defendant informed of rights.) Deft. requested court appt. atty. - Granted. Gov't requested Detention - Granted. Case cont. to 6/18/01 @ 2:00 p.m. for DH/PH. Deft. remanded. [ 1:01-m -586 ] (jsch) (Entered: 06/14/2001) |
| 06/13/2001 | 3 | ARREET WARRANT Returned Executed as to Jesus Santiago on 6/13/01 [ 1:01-m -586 ] (jsch) (Entered: 06/14/2001) |
| 06/13/2001 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Jesus Santiago [ 1:01-m -586 ] (jsch) (Entered: 06/14/2001) |
| 06/13/2001 | 5 | ORDER OF TEMPORARY DETENTION as to Jesus Santiago Detention Hearing set for 2:00 6/18/01 for Jesus Santiago ( Signed by Magistrate Judge Barry R. Poretz ) [ 1:01-m -586 ] (jsch) (Entered: 06/14/2001) |
| 06/15/2001 | 6 | CJA 20 as to Jesus Santiago Appointment of Attorney (Douglas A. Steinberg) [ 1:01-m -586 ] (jcup) (Entered: 06/15/2001) |
| 06/18/2001 | | DETENTION Hearing/Preliminary Examination as to Jesus Santiago held before Magistrate Judge Barry R. Poretz ( Tape 267) USA appeared through: Parker Dft(s) appeared through: Steinberg. This matter came on for a DH/PH. Probable cause - found. Gov't requested Detention - Granted. Deft. remanded. [ 1:01-m -586 ] (jsch) (Entered: 06/20/2001) |
| 06/18/2001 | 7 | ORDER OF DETENTION as to Jesus Santiago ( Signed by Magistrate Judge Barry R. Poretz ) [ 1:01-m -586 ] (jsch) (Entered: 06/20/2001) |
| 07/05/2001 | 8 | INDICTMENT as to Jesus Santiago (1) count(s) (True Bill as to counts 1, 2) (Not a True Bill as to count 3) (jcup) Modified on 07/09/2001 (Entered: 07/09/2001) |
| 07/05/2001 | | Arraignment set for 9:00 7/16/01 for Jesus Santiago (jcup) (Entered: 07/09/2001) |
| 07/16/2001 | | Arraignment as to Jesus Santiago held before Judge Claude M. Hilton. Dft WFA, PNG and demanded a jury trial. Motion Hearing set for 9:00 8/17/01 for Jesus Santiago; Motion Filings due 5:00 8/3/01 for Jesus Santiago w/reponses due within 11 days ; Jury Trial set for 10:00 9/5/01 for Jesus Santiago ; ( Reporter: Linnell) USA appeared through: Adam Isles and John Morton Dft(s) appeared w/counsel Douglas Steinberg. All exhibits to be filed 5 days prior to trial. Discovery Order filed in open court. Dft remanded. (psid) Modified on 07/17/2001 (Entered: 07/17/2001) |
| 07/16/2001 | 9 | ORDER as to Jesus Santiago, for Discovery and Inspection ( Signed by Judge Claude M. Hilton ) Copies Mailed: yes (psid) (Entered: 07/17/2001) |
| 07/27/2001 | 10 | EX-PARTE MOTION filed UNDERSEAL by Jesus Santiago (jcup) Modified on 08/14/2001 (Entered: 07/31/2001) |
| 07/31/2001 | 11 | ORDER filed UNDERSEAL granting [10-1] Ex-Parte motion by Jesus Santiago (Signed by Judge Claude M. Hilton) Copies Mailed: yes (jcup) Modified on 08/14/2001 (Entered: 07/31/2001) |
| 08/03/2001 | 12 | PRE-TRIAL MOTIONS by Jesus Santiago (jcup) (Entered: 08/03/2001) |
| 08/03/2001 | 13 | MEMORANDUM by Jesus Santiago in support of [12-1] Pre-trial Motions by Jesus |

| | | |
|---|---|---|
| | | Santiago (jcup) (Entered: 08/03/2001) |
| 08/06/2001 | 14 | EX-PARTE MOTION filed UNDERSEAL by Jesus Santiago (jcup) (Entered: 08/06/2001) |
| 08/06/2001 | 16 | Documents filed UNDERSEAL and Ex-Parte by Jesus Santiago (jcup) (Entered: 08/07/2001) |
| 08/07/2001 | 15 | ORDER filed UNDERSEAL granting [14-1] Ex-Parte motion filed UNDERSEAL by Jesus Santiago ( Signed by Judge Claude M. Hilton ) (jcup) (Entered: 08/07/2001) |
| 08/13/2001 | 17 | EX-PARTE MOTION filed UNDERSEAL by Jesus Santiago (jcup) (Entered: 08/13/2001) |
| 08/14/2001 | 18 | ORDER filed UNDERSEAL granting [17-1] Ex-Parte motion filed UNDERSEAL by Jesus Santiago (Signed by Judge Claude M. Hilton) Copies Mailed: yes (jcup) (Entered: 08/14/2001) |
| 08/14/2001 | 19 | RESPONSE by USA [12-1] Pre-Trial Motions by Jesus Santiago (jcup) (Entered: 08/15/2001) |
| 08/17/2001 | | Motion hearing held as to Jesus Santiago re: [12-1] motion by Jesus Santiago before Judge Leonie M. Brinkema ( Reporter: Thomson) USA appeared through: Morris Parker Dft(s) appeared through: Douglas Steinberg. Motion to suppress argued and Denied. Motion to Dismiss Count 3-Denied as Moot. Order to follow. (rtra) (Entered: 08/21/2001) |
| 08/17/2001 | 20 | For the reasons stated in open court, ORDER as to Jesus Santiago denying [12-1] motion by Jesus Santiago as to Jesus Santiago (1) ORDERED that defendant's Motion to Suppress is Denied. Because the Grand Jury did not return a true bill on Count III of the Indictment, defendant's Motion to Dismiss Count III is Denied as moot. ( Signed by Judge Leonie M. Brinkema ) Copies Mailed: 08.17.01 (rtra) (Entered: 08/21/2001) |
| 08/22/2001 | 21 | Ex Parte and Underseal Documents filed by defendant Jesus Santiago (ctat) (Entered: 08/22/2001) |
| 08/28/2001 | 22 | Proposed Jury Instructions by USA as to Jesus Santiago (jcup) (Entered: 08/28/2001) |
| 08/28/2001 | 23 | Exhibit list by USA as to Jesus Santiago (Exhibit's 1-7 in 1 black binder) (jcup) Modified on 08/28/2001 (Entered: 08/28/2001) |
| 08/29/2001 | 24 | Proposed Voir Dire Questions by Jesus Santiago (jcup) (Entered: 08/29/2001) |
| 08/29/2001 | 25 | Proposed Jury Instructions by Jesus Santiago (jcup) (Entered: 08/29/2001) |
| 08/31/2001 | 26 | PRE-TRIAL MOTION by Jesus Santiago (jcup) (Entered: 08/31/2001) |
| 08/31/2001 | 27 | EX-PARTE MOTION by Jesus Santiago [FILED UNDERSEAL] (jcup) (Entered: 08/31/2001) |
| 08/31/2001 | 28 | ORDER granting [27-1] motion by Jesus Santiago [FILED UNDERSEAL] as to Jesus Santiago (1) (by Judge T. S. Ellis III) Copies Mailed: yes (jcup) (Entered: 08/31/2001) |
| 09/04/2001 | | Change of Plea Hearing as to Jesus Santiago held before Judge T. S. Ellis III ( Rptr: Rodriquez ) USA appeared through: Morris Parker Dft(s) appeared w/ counsel: Douglas Steinberg. Deft w/drew NG plea and PG to Count 2 of the Ind. Court accepted plea. Court granted US motion to dismiss and strike surplusage. Deft dir. to P.O. for PSIR and cont'd. to 11/16/01 for GL sentencing. Deft w/drew 2 motions that were filed on Friday. Deft remanded. (tbul) (Entered: 09/04/2001) |
| 09/04/2001 | 29 | Plea Agreement as to Jesus Santiago filed in open Court (tbul) (Entered: 09/04/2001) |
| 09/04/2001 | 30 | STATEMENT OF FACTS as to Jesus Santiago filed in open Court (tbul) (Entered: 09/04/2001) |

| | | |
|---|---|---|
| 09/04/2001 | 31 | ORDER Directing Forfeiture of Property as to Jesus Santiago filed in open Court ( Signed by Judge T. S. Ellis III ) Copies Mailed: Yes (tbul) Modified on 09/04/2001 (Entered: 09/04/2001) |
| 09/04/2001 | 32 | MOTION by USA as to Jesus Santiago to dismiss Count One of the Indictment and strike surplusage, filed in open Court (tbul) Modified on 09/04/2001 (Entered: 09/04/2001) |
| 09/04/2001 | 33 | ORDER as to Jesus Santiago granting [32-1] motion to dismiss Count One of the Indictment and strike surplusage, filed in open Court as to Jesus Santiago (1) ( Signed by Judge T. S. Ellis III ) Copies Mailed: Yes (tbul) (Entered: 09/04/2001) |
| 09/04/2001 | | DISMISSAL of Count(s) on Government Motion as to Jesus Santiago Counts Dismissed: Jesus Santiago (1) count(s) 1 (tbul) (Entered: 09/04/2001) |
| 09/04/2001 | | PLEA entered by Jesus Santiago . Court accepts plea. by Jesus Santiago Guilty: Jesus Santiago (1) count(s) 2 Terminated motion: [26-1] motion by Jesus Santiago as to Jesus Santiago (1) (tbul) (Entered: 09/04/2001) |
| 09/04/2001 | | Sentencing set for 9:00 11/16/01 for Jesus Santiago , Jesus Santiago (1) count(s) 2, before Judge Ellis (tbul) (Entered: 09/04/2001) |
| 09/17/2001 | | Exhibits Returned to USA (1 black binder exhibit's 1A, 2A, 3-7) (jcup) (Entered: 09/18/2001) |
| 10/03/2001 | | (Not A True Bill ) as to Jesus Santiago (1) count(s) 3 (jcup) (Entered: 10/03/2001) |
| 11/14/2001 | 34 | SENTENCING MEMORANDUM-Objections to the Presentencing Report by Jesus Santiago (jcup) (Entered: 11/15/2001) |
| 11/14/2001 | 35 | POSITION with Respect to Sentencing Factors by USA as to Jesus Santiago (jcup) (Entered: 11/15/2001) |
| 11/16/2001 | | Sentencing held before Judge T. S. Ellis III ( Rptr: Rodriquez) USA appeared through: Morris Parker Dft(s) appeared w/ counsel: Douglas Steinberg. Jesus Santiago (1) count(s) 2. Court adopted PSIR; committed Deft to BOP for 37 mos. w/ credit for time served as computed by BOP and 4 yrs. SR w/ conds: drug testing/rehab. prog; give P.O. access to all financial records; pay SA 30 days after release if not pd. immed.; and complete a GED prog. Court recommends 500-hr. intensive drug trtmt. prog. $100 SA. No fine. Deft remanded. (tbul) (Entered: 11/16/2001) |
| 11/16/2001 | 36 | CONSENT ORDER OF FORFEITURE Directing Forfeiture of Property as to Jesus Santiago, as to currency, signed after conclusion of hearing ( Signed by Judge T.S. Ellis III ) Copies Mailed: Yes (tbul) (Entered: 11/16/2001) |
| 11/16/2001 | 37 | CONSENT ORDER OF FORFEITURE Directing Forfeiture of Property as to Jesus Santiago, as to weapons and ammunition, signed after conclusion of hearing ( Signed by Judge T.S. Ellis III ) Copies Mailed: Yes (tbul) (Entered: 11/16/2001) |
| 11/16/2001 | 38 | SENTENCING MEMORANDUM as to Jesus Santiago (Signed by Judge T.S. Ellis, III) Copies Mailed: Yes (tbul) (Entered: 11/21/2001) |
| 11/16/2001 | | CASE assigned to Judge T. S. Ellis III (tbul) (Entered: 11/21/2001) |
| 11/16/2001 | 39 | JUDGMENT Jesus Santiago (1) count(s) 2. 37 mos. BOP w/ credit, and Court recs. Intensive Confinement Prog. 4 yrs. SR w/ spec. conds: see Minutes. $100 SA; no fine. Remanded. , Jesus Santiago (1) count(s) 1, 3 . DISMISSED ( Signed by Judge T. S. Ellis III ) Copies Mailed: Yes (tbul) (Entered: 11/21/2001) |
| 11/16/2001 | | Terminate Deadlines and Hearings as to Jesus Santiago: (ltun, ) (Entered: 12/06/2006) |
| 05/02/2002 | 40 | Proof of Publication as to defendant Jesus Santiago filed by US (jcup) (Entered: |

| | | |
|---|---|---|
| | | 05/02/2002) |
| 11/30/2005 | 41 | Petition and Order on Supervised Release that the Court will Order a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked as to Jesus Santiago. Signed by Judge T. S. Ellis III on 11/30/05. Copies mailed; 12/1/05 (jwhe, ) (Entered: 12/01/2005) |
| 12/01/2005 | | Arrest Warrant Issued as to Jesus Santiago. (jwhe, ) (Entered: 12/01/2005) |
| 10/25/2006 | | INITIAL Appearance on a Supervised Release Violation as to Jesus Santiago held before Magistrate Judge Barry R. Poretz on 10/25/2006. Gov't appeared through Peter Mucchetti. Deft. appeared w/o Counsel. Deft. requested a court appt. atty. - Granted. Judge advised the Deft. he will be detained pending a PH on the Violation. Case cont. to 10/27/2006 2 2:00 p.m. for a PH on the Supervised Release Violation. Deft. remanded. (FTR)(jsch) (Entered: 10/25/2006) |
| 10/25/2006 | 42 | MARSHAL'S Return on Warrant for Arrest as to Jesus Santiago - Executed. (jsch) (Entered: 10/25/2006) |
| 10/25/2006 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER Geremy C. Kamens for Jesus Santiago - entered by Magistrate Judge Barry R. Poretz on 10/25/2006. (jsch) (Entered: 10/25/2006) |
| 10/25/2006 | 43 | ORDER OF TEMPORARY DETENTION as to Jesus Santiago - entered by Magistrate Judge Barry R. Poretz on 10/25/2006. (jsch) (Entered: 10/25/2006) |
| 10/25/2006 | | PRELIMINARY Hearing on a Supervised Release Violation as to Jesus Santiago set for 10/27/2006 02:00 PM before Magistrate Judge Barry R. Poretz. (jsch) (Entered: 10/25/2006) |
| 10/27/2006 | | PRELIMINARY Hearing on a Supervised Release Violation as to Jesus Santiago held before Magistrate Judge Barry R. Poretz on 10/27/2006. Gov't appeared through Peter Mucchetti. Deft. appeared through Suzanne Little. Deft. admitted to the allegations in the Petition as to Probable Cause. Case cont. to 11/9/2006 @ 9:00 a.m. for a Supervised Release Violation Hearing before the Honorable T.S. Ellis. Deft. remanded. (FTR)(jsch) (Entered: 10/31/2006) |
| 10/27/2006 | | SUPERVISED Release Violation Hearing as to Jesus Santiago set for 11/9/2006 09:00 AM before District Judge T. S. Ellis III. (jsch) (Entered: 10/31/2006) |
| 10/27/2006 | 44 | PRELIMINARY Hearing on Supervised Release and ORDER as to Jesus Santiago. The Defendant through counsel, did not present any evidence in opposition to the facts stated in the Petition, therefore, the Magistrate Judge finds that cause exists to require the Defendant to appear for a hearing before the Honorable T.S. Ellis, III, United States District Judge, on the charge that he violated the terms of his supervised release. Thereforem, it is ORDERED that the defendant, Jesus Santiago, be remanded to the custody of the United States Marshal, to be held pending a hearing before the Honorable T.S. Ellis, III, on Thursday, November 9, 2006 at 9:00 a.m. at 401 Courthouse Square Alexandria, Virginia. The United States Marshal is directed to produce the defendant for said hearing - entered by Magistrate Judge Barry R. Poretz on 10/27/2006. (jsch) (Entered: 10/31/2006) |
| 11/07/2006 | 45 | Memorandum concerning defendant's supervised release violation by USA as to Jesus Santiago (kbar, ) (Entered: 11/07/2006) |
| 11/09/2006 | | Minute Entry for proceedings held before Judge T. S. Ellis III:Final Evidentiary Hearing re Revocation of Supervised Release as to Jesus Santiago held on 11/9/2006. Appearances: Peter Muchetti/Stephanie Hammerstrom for USA; Deft w/ counsel, Geremy Kamens. Heard: USA aduced evidence; Deft aduced evidence. Findings stated: Deft viol. SR, and |

| | | |
|---|---|---|
| | | is sentenced to 8 mos. BOP w/ 30 mos. SR to follow release. Remanded. (Court Reporter Renecia Wilson.) (tbul, ) (Entered: 11/15/2006) |
| 11/09/2006 | 46 | ORDER as to Jesus Santiago re: 41 Petition and Order on Supervised Release/Probation, that for reasons stated from the Bench, Deft's term of supervised release is REVOKED, and Deft is committed to the B.O.P. for 8 mos. on the instant violations, with credit as computed by the B.O.P., and that Deft must serve 30 mos. of supervised release following his release from imprisonment, subject to all the original terms and conditions . Signed by Judge T. S. Ellis III on 11/9/06. Mailed: yes (tbul, ) (Entered: 11/15/2006) |
| 02/19/2008 | 47 | Petition and Order on Supervised Release that a warrant be issued directing that the offender appear before the Court to show cause why supervision should not be revoked. Signed by Judge T. S. Ellis III on 2/19/08. (jlan) (Entered: 02/21/2008) |
| 02/19/2008 | | Arrest Warrant Issued as to Jesus Santiago. (jlan) (Entered: 02/21/2008) |
| 04/22/2008 | | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Initial Appearance re Revocation of Supervised release as to Jesus Santiago held on 4/22/2008. USA appeared through; J. Springsteen. Deft. appeared; w/o counsel. Court to contact G. Kamens (FPD). Deft is released; same terms and conditions, pending a PH on the violation. (Original release order given to USMS). Preliminary Revocation Hearing set for 4/24/2008 10:00 AM before Magistrate Judge John F. Anderson. (Tape #ftr.) (nbla, ) (Entered: 04/23/2008) |
| 04/22/2008 | | Arrest of Jesus Santiago (nbla, ) (Entered: 04/23/2008) |
| 04/22/2008 | 48 | ARREST Warrant Returned Executed on 04/22/2008. in case as to Jesus Santiago. (nbla, ) (Entered: 04/23/2008) |
| 04/24/2008 | | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Docket Call as to Jesus Santiago held on 4/24/2008. USA appeared through; J. Springstein. Deft. did NOT appear. Attorney; Minter is present. Matter came on as a PH on a SRV. Deft did NOT appear. USA represents that the deft had warrants from other locations. Warrant to be issued. (nbla)(Tape #ftr.) (nbla, ) (Entered: 04/24/2008) |
| 05/23/2008 | 49 | UNOPPOSED MOTION to Set Hearing on Alleged Violations of Conditions of Supervised Release by Jesus Santiago. (jlan) (Entered: 05/23/2008) |
| 05/27/2008 | 50 | ORDER granting 49 Unopposed Motion to Set Hearing on Alleged Violations of Conditions of Supervised Release as to Jesus Santiago (1). Signed by District Judge T. S. Ellis, III on 05/27/2008. (jlan) (Entered: 05/28/2008) |
| 05/27/2008 | | Set Hearing as to Jesus Santiago: Hearing re Revocation of Supervised Release set for 6/6/2008 at 09:00 AM before District Judge T. S. Ellis III. (jlan) (Entered: 05/28/2008) |
| 05/29/2008 | 51 | Writ of Habeas Corpus ad Prosequendum Issued as to Jesus Santiago for 06/06/2008 (jlan) (Entered: 05/30/2008) |
| 06/04/2008 | 52 | Position with Respect to Defendant's Supervised Release Violation by USA as to Jesus Santiago (sbak) (Entered: 06/05/2008) |
| 06/04/2008 | 53 | NOTICE OF ATTORNEY APPEARANCE Stephanie Fleming appearing for USA. (sbak, ) (Entered: 06/05/2008) |
| 06/06/2008 | | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Revocation of Supervised Release Hearing as to Jesus Santiago held on 6/6/2008. U.S. appeared through Stephanie Fleming. Deft appeared w/counsel Geremy Kamens. Deft admits to violations of conditions of supervised release. Court finds deft in violation of conditions of supervised release. Supervised Release is Revoked,and the Deft is committed to the custody of the |

| | | |
|---|---|---|
| | | BOP to serve a term of seven (7) months, 2 years Supervised Release. All other conditions remain in full force and effect. Deft remanded. (Court Reporter Rodriguez.) (lhin, ) Modified on 6/6/2008 (lhin, ). (Entered: 06/06/2008) |
| 06/06/2008 | 54 | ORDER as to Jesus Santiago. For the reasons stated from the bench, it is Ordered that defendant's term of Supervised Release is REVOKED. It is Ordered that defendant be remanded to the custody of the Bureau of Prisons to serve a term of incarceration of seven (7) months and following release from incarceration, the defendant is to serve a term of Supervised Release of two (2) years, subject to all the special conditions of the defendant's original period of supervised release. Signed by District Judge T. S. Ellis, III on 6/6/2008. Copies sent as directed. (lhin, ) (Entered: 06/06/2008) |
| 02/23/2010 | 55 | LETTER MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Jesus Santiago. (Attachments: # 1 Envelope)(krob, ) (Entered: 04/20/2010) |
| 04/19/2010 | 56 | ORDER denying 55 LETTER Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 for Jesus Santiago (1) Count 2 as to Jesus Santiago (1). Signed by District Judge T. S. Ellis, III on 4/19/10. (krob) (Entered: 04/20/2010) |
| 04/04/2011 | 57 | Arrest Warrant Returned Executed on 6/2/08 in case as to Jesus Santiago. (krob, ) (Entered: 04/04/2011) |
| 08/24/2011 | 58 | Petition and Order on Supervised Release praying that the Court will Order a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked as to Jesus Santiago. Signed by District Judge T. S. Ellis, III on 8/24/2011. (rban, ) (Entered: 08/24/2011) |
| 08/24/2011 | | Arrest Warrant Issued in case as to Jesus Santiago. (rban, ) (Entered: 08/24/2011) |
| 04/12/2012 | 59 | Arrest Warrant Returned Executed on 04/12/12 in case as to Jesus Santiago. (cmar, ) (Entered: 04/12/2012) |
| 04/12/2012 | | Minute Entry for proceedings held before Magistrate Judge Thomas Rawles Jones, Jr:Initial Appearance re Revocation of Supervised Release as to Jesus Santiago held on 4/12/2012. US appeared through: Eric Winkofsky. Deft appeared w/o counsel. Deft informed of his rights and the violation. Court to contact previous counsel and reappoint. Status Conference set for 4/13/2012 at 02:00 PM in Alexandria Courtroom 301 before Magistrate Judge Thomas Rawles Jones Jr. Deft remanded. (Tape #FTR.) (cmar, ) (Entered: 04/12/2012) |
| 04/12/2012 | 60 | ORDER OF TEMPORARY DETENTION as to Jesus Santiago. Signed by Magistrate Judge Thomas Rawles Jones, Jr on 04/12/12. (cmar, ) (Entered: 04/12/2012) |
| 04/13/2012 | 61 | Addendum to Petition on Supervised Release that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in this case as to Jesus Santiago. Signed by District Judge T. S. Ellis, III on 4/13/2012. (jcor) (Entered: 04/13/2012) |
| 04/13/2012 | | Minute Entry for proceedings held before Magistrate Judge Thomas Rawles Jones, Jr: (Tape #FTR.)Preliminary Revocation Hearing as to Jesus Santiago held on 4/13/2012. US appeared through: Robert Heberle. Deft appeared w/counsel: Geremy Kamens. Deft stipulates to PC. Matter continued for further proceedings before the Sentencing/District Judge. Hearing re Revocation of Supervised Release set for 4/27/2012 at 09:00 AM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. Deft remanded. (cmar, ) (Entered: 04/16/2012) |
| 04/13/2012 | | Terminate Deadlines and Hearings as to Jesus Santiago: (cmar, ) (Entered: 04/16/2012) |

| | | |
|---|---|---|
| 04/19/2012 | 62 | Report and Order as to Jesus Santiago that deft be remanded to the custody of the United States Marshal and that this case be continued until April 27, 2012 at 9:00 a.m. before the Honorable T.S. Ellis, III for further proceedings under Fed. R. Crim. P. 32.1. Signed by Magistrate Judge Thomas Rawles Jones, Jr on 04/19/12. (cmar, ) (Entered: 04/19/2012) |
| 04/19/2012 | 63 | Subpoena issued for 4/27/2012. (jcor) (Entered: 04/20/2012) |
| 04/23/2012 | 64 | NOTICE OF ATTORNEY APPEARANCE Robert Heberle appearing for USA. (jcor) (Entered: 04/23/2012) |
| 04/23/2012 | 65 | UNOPPOSED MOTION to Continue by USA, Jesus Santiago as to Jesus Santiago. (jcor) (Entered: 04/23/2012) |
| 04/24/2012 | 66 | ORDER granting 65 Motion to Continue as to Jesus Santiago (1). ORDERED that the hearing on defendant's alleged violations of the conditions of his supervised release will be held on 5/18/2012 @ 9:00 a.m. Signed by District Judge T. S. Ellis, III on 4/24/2012. (jcor) (Entered: 04/24/2012) |
| 04/24/2012 | | Reset Hearings as to Jesus Santiago: Hearing re Revocation of Supervised Release set for **5/18/2012 at 9:00 AM** in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (jcor) (Entered: 04/24/2012) |
| 05/10/2012 | | Reset Deadlines/Hearings as to Jesus Santiago: Hearing re Revocation of Supervised Release set for 5/17/2012 at 04:00 PM in Alexandria Courtroom 900 before District Judge T. S. Ellis III. (clar, ) (Entered: 05/10/2012) |
| 05/10/2012 | 67 | ORDERED that the supervised release violation hearing is ADVANCED to 4:00 p.m., Thursday, May 17, 2012. (Copies sent) Signed by District Judge T. S. Ellis, III on 5/10/2012. (tche) (Entered: 05/11/2012) |
| 05/11/2012 | | Subpoena issued for 5/17 (jcor) (Entered: 05/14/2012) |
| 05/15/2012 | 68 | MOTION for Leave to File Ex Parte Motion by Jesus Santiago. (jlan) (Entered: 05/15/2012) |
| 05/16/2012 | 70 | Position on supervised release by USA as to Jesus Santiago (krob, ) (Entered: 05/16/2012) |
| 05/17/2012 | 71 | Minute Entry for proceedings held before District Judge T. S. Ellis, III: Final Hearing re Revocation of Supervised Release as to Jesus Santiago held on 5/17/2012. USA appeared through: Robert Heberle and Ryan Dickey. Defendant appeared with: Geremy Kamens and Doug Steinberg. Defendant's 69 Under Seal Ex Parte Motion - denied as moot. The defendant admits to violation of his conditions of supervised release listed in the Petition on Supervised Release filed on 08/24/2011: 1) Failure to comply with substance abuse testing; and 2) Failure to report to the probation officer as directed. The Court finds the defendant in violation of his conditions of supervised release. The Court dismissed w/o prejudice the addendum to the Petition on Supervised Release filed on 04/13/2012. The defendant is sentenced to BOP for NINE (9) MONTHS, w/credit for time served. The remaining term of supervised release is terminated. The Court directed Mr. Steinberg to submit a CJA voucher for representing the defendant in this matter. Defendant remanded. (Court Reporter M. Rodriguez.)(dper) (Entered: 05/18/2012) |
| 05/17/2012 | 72 | ORDERED that the Court FINDS by a preponderance of the evidence that defendant violated the conditions of his period of Supervised Release (S/R) by failing to comply with substance abuse testing as directed by the Probation Office and by refusing to report to the probation office as instructed. It is further ORDERED that defendant's term of S/R is REVOKED. It is further ORDERED that defendant must serve 9 months in the custody of the Bureau of Prisons. Signed by District Judge T. S. Ellis, III on 5/17/2012. (nmcc) (Entered: 05/22/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/13/2022 16:50:42 | | | |
| **PACER Login:** | rrickner | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:01-cr-00251-TSE |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |