

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
Attorney General

212-416-8550

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 11, 2022

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

Re: **Jesus Santiago v. Cuomo, et al.** (12-CV-2137) (KAM) (SLT)

Dear Judge Matsumoto:

This Office represents defendant Department of Corrections and Community Supervision ("DOCCS") officials Annucci, Fischer and Tracy ("Defendants") in the above-referenced action. Pursuant to the Court's orders, the parties jointly submit the attached proposed stipulations the parties have negotiated these past weeks.

In addition, and also pursuant to the Court's order, the parties report that, despite strenuous efforts, settlement has not been reached. Demands and offers were exchanged, but the parties remain far apart. Still, counsel on both sides remain open to discussion should circumstances change.

Thank you for your attention to this matter.

Respectfully submitted,

_____/s_____
Michael J. Keane
Rebecca A. Durden
Assistant Attorneys General
Office of the Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
michael.keane@ag.ny.gov

cc:

Hon. Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

Rob Rickner, Esq.
14 Wall Street, Suite 1603
New York, New York 10005
Rob@ricknerpllc.com