_AO 187 (Rev. 7/87) Exhibit and Witness List



COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT.# 12 CV 2137
DATE: 11/29/2022

# UNITED STATES DISTRICT COURT

EASTERN                DISTRICT OF        NEW YORK

**JESUS SANTIAGO**
**V.**
**FISCHER ET AL**

## EXHIBIT AND WITNESS LIST

Case Number:  **12CV2137 [KAM]**

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| | Kiyo A. Matsumoto | | | | Robert Rickner, Esq. & Stephanie Panousieris, | Michael Keane, Esq.& Rebecca Durden, Esq. |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| | November 28, 2022 | | | | Michele Lucchese | S. Jackson |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| X | X | 11/28/22 | | X | Stipulation Joint Exhibit 1 | |
| X | X | 11/28/22 | | X | Plaintiff's Exhibit 1 Sentence and Commitment | |
| | X | 11/28/22 | | | Defts Exhibit F | |
| | X | 11/28/22 | | X | Defts Exhibit I Certificate of Release Nov 2004 | |
| | X | 11/28/22 | | X | Defts Exhibit E Plea Transcript | |
| | | 11/28/22 | | | Plaintiff, Jesus Santiago | |
| X | | 11/28/22 | | X | Plaintiff's Exhibit 2 | |
| X | | 11/28/22 | | X | Plaintiff's Exhibit 3 | |
| X | | 11/28/22 | | X | Plaintiff's Exhibit 4 | |
| | | 11/28/22 | | | Deft Brian Fischer | |
| | | 11/28/22 | | | Deft Anthony Annucci | |
| | | 11/28/22 | | | Deft Terrence X Tracy | |
| | | 11/28/22 | | X | Court Exhibit 1 Proposed Jury Instructions | |
| | | 11/28/22 | | X | Court Exhibit 1A Jury Verdict Form | |
| | | 11/29/22 | | X | Court Exhibit 2 Jury Instructions | |
| | | 11/29/22 | | X | Court Exhibit 2A Jury Verdict Form | |
| | | 11/29/22 | | X | Court Exhibit 3- Court Exhibit and Witness List | |
| | | 11/30/22 | | X | Court Exhibit 4 Jury Note | |
| | | 11/30/22 | | X | Court Exhibit 5 Jury Verdict | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____1_____ Pages