COURT'S EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT.# 12CV2137
DATE: 11/30/2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
JESUS SANTIAGO

Plaintiff,

-against-                                    12-CV-2137(KAM)(SLT)

BRIAN FISCHER, INDIVIDUALLY AND
AS COMMISSIONER OF THE NEW YORK
STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION, et al.,

Defendants.
------------------------------------X


## VERDICT FORM

<u>Court Ex. 2A</u>
<u>Verdict Form</u>

1. Do you the jury unanimously find by a preponderance of the evidence that Plaintiff was injured by the following Defendants and their actions (by refusing to vacate the illegal post-release supervision, by refusing to ask a judge to resentence the plaintiff, and/or by enforcing the illegal post-release supervision against Plaintiff which led to his re-incarceration, between June 12, 2007 to February 1, 2008, for violating PRS)?

   Anthony Annucci   __✓__ Yes  _____ No

   Brian Fischer     __✓__ Yes  _____ No

   Terrence Tracy    __✓__ Yes  _____ No

   *If your answer is "Yes" as to any Defendant, proceed to Question 3. If your answer is "No" as to all Defendants, proceed to Question 2.*

2. What award of nominal damages not exceeding one dollar do you award to Plaintiff?

   *Only answer Question 2 if you answered "No" as to all Defendants in Question 1.*

   $_____

   *Now proceed to Question 5.*

3. Do you the jury unanimously find by a preponderance of the evidence that Plaintiff has proven he is entitled to compensatory damages against any Defendant?

   __✓__ Yes  _____ No

   *If your answer is "Yes" as to Question 3, proceed to Question 4. If your answer is "No" as to Question 3, proceed to Question 5.*

2

Court Ex. 2A
Verdict Form

4. What amount of compensatory damages has Plaintiff proven by a preponderance of the evidence?

   Total Amount      $ 100,000

   *Proceed to Question 5.*

5. Do you the jury unanimously find by a preponderance of the evidence that Plaintiff has proven he is entitled to punitive damages against any Defendant?

   ✓ Yes  _____ No

   *If your answer is "Yes" as to question 5, proceed to Question 6.*

6. What amount of punitive damages has Plaintiff proven by a preponderance of the evidence against each Defendant?

   Anthony Annucci   $ 250,000

   Brian Fischer     $ 250,000

   Terrence Tracy    $ 250,000

---

Jury Foreperson – Print Name: ANGEL LUCA

Jury Foreperson – Signature: [signature]

Date: 11/30/2022

3