AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jesus Santiago<br>*Plaintiff*<br><br>v.<br><br>Brian Fischer et al.<br>*Defendant* | )<br>)  Civil Action No.<br>)  12-cv-2137<br>)  (KAM)(SLT)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court, having conducted a jury trial on November 28-29, 2022, and the jury having returned a verdict in favor of the plaintiff and against the defendants, orders entry of judgment that:

The plaintiff, Jesus Santiago, will recover compensatory damages in the amount of one hundred thousand dollars ($100,000), jointly against the defendants, Brian Fischer, Anthony J. Annucci, and Terence X. Tracy, plus pre-judgment interest, at a rate and in an amount to be determined at a later time, plus post-judgment interest at the rate provided by 28 U.S.C. § 1961.

The plaintiff will also recover punitive damages of two hundred fifty thousand dollars ($250,000) against each of the individual defendants, Brian Fischer, Anthony J. Annucci, and Terence X. Tracy, totaling seven hundred and fifty thousand dollars ($750,000), plus pre-judgment interest at a rate and in an amount to be determined at a later time, plus post-judgment interest at the rate provided by 28 U.S.C. § 1961.

This action was *(check one)*:

☑ tried by a jury with Judge ____Kiyo Matsumoto____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: November 30, 2022

CLERK OF COURT

*Sandra Nelson*
Signature of Clerk or Deputy Clerk