UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JESUS SANTIAGO,                                              :   12 Civ. 2137 (KAM)
                                                             :
                          Plaintiff,                         :   **NOTICE OF APPEAL**
                                                             :
            -against-                                        :
                                                             :
BRIAN FISCHER, former Commissioner of                        :
the New York State Department of Correctional                :
Services (DOCS); ANTHONY J. ANNUCCI, former                  :
Deputy Commissioner and Counsel for DOCS;                    :
TERRENCE TRACY, former Chief Counsel for the                 :
New York State Division of Parole,                           :
                                                             :
                          Defendants.                        :
------------------------------------------------------------------------X

    Notice is hereby given that the defendants in the above-captioned action, Brian Fischer, Anthony J. Annucci, and Terrence Tracy ("Defendants"), by and through their attorney, Letitia James, Attorney General of the State of New York, appeal to the United States Court of Appeals for the Second Circuit from each and every part of the judgment against them entered on November 30, 2022 (ECF No. 209), dated November 30, 2022, and each and every part of the Order denying Defendants' Motion for Judgment as a Matter of Law and Motion for a New Trial pursuant to Federal Rules of Civil Procedure 50(b) and 59, respectively (ECF No. 224), dated and entered on April 16, 2023.

Dated: New York, New York
       May 16, 2023

                                        LETITIA JAMES
                                        Attorney General for the State of New York
                                        <u>Attorney for Defendants</u>
                                        By:
                                            <u>/s Michael J. Keane</u>
                                        MICHAEL J. KEANE
                                        REBECCA A. DURDEN
                                        Assistant Attorneys General
                                        28 Liberty Street / 18th Floor

                    New York, New York 10005
                    (212) 416-8550
                    Michael.keane@ag.ny.gov
                    Rebecca.durden@ag.ny.gov

To:    Rob Rickner, Esq.
        Rickner PLLC
        14 Wall Street
        Suite 1603
        New York, NY 10005
        (212) 300-6506
        rob@ricknerpllc.com

## **CERTIFICATE OF SERVICE**

      I, Michael J. Keane, hereby certify that on May 16, 2023, I caused the foregoing Notice of Appeal, dated May 16, 2023, to be filed electronically with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to Plaintiff's counsel at the e-mail address so designated by him:

      Rob Rickner, Esq.
      Rickner PLLC
      14 Wall Street
      Suite 1603
      New York, NY 10005
      (212) 300-6506
      rob@ricknerpllc.com

and also e-mailed the same to Plaintiff's counsel at the above e-mail address. I further certify that the above document was served on all parties by the Court's CM/ECF system.

                                                  */s/Michael J. Keane*
                                                   Michael J. Keane