UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JESUS SANTIAGO**,<br><br>                              Plaintiff,<br><br>     -against-<br><br>**BRIAN FISCHER, individually and as Commissioner of the New York State Department of Corrections and Community Supervision, et. al.**,<br><br>                              Defendants. | **NOTICE OF CROSS APPEAL**<br><br>Index No. 12-CV-02137 (KAM) (ST) |

     PLEASE TAKE NOTICE that plaintiff JESUS SANTIAGO hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment of the United States District Court for the Eastern District of New York (Matsumoto, DJ) entered on September 30, 2017 (Dkt. No. 92), solely to the limited extent that summary dismissal was granted in Defendants' favor, and Plaintiff's motion for summary judgment on liability against Defendants was denied, for the time period after February 6, 2008.

Dated:  New York, New York
       May 30, 2023

                                                  Rickner PLLC

                                                  By:          /s/

                                                  Joel Wertheimer
                                                  Rob Rickner

                                                  14 Wall Street, Suite 1603
                                                  New York, New York 10005
                                                  Phone: (212) 300-6506
                                                  Fax: (888) 390-5401
                                                  *Attorney for Plaintiff*