# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

August 26, 2025

**Via ECF**

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Santiago v. Fischer, et al.*, 12-cv-02137-KAM-ST

Dear Judge Matsumoto,

I, along with two other attorneys, are currently counsel of record for Plaintiff Jesus Santiago in the above-captioned matter.

I write to ask that my firm, Rickner PLLC, and the three attorneys that have appeared in the case, me, Rob Rickner, my associate Stephanie Panousieris, and of-counsel to the firm Joel Wertheimer be relieved as counsel. Mr. Santiago has, in no uncertain terms, fired us.

The most recent address and email I have for Mr. Santiago is:

Jesus Santiago
10897 Gambril Drive
Manassas, VA 20109
streamv82@gmail.com

We are asserting both an attorney's fee lien and a file lien in this matter. In addition, Oasis Financial has a lien for litigation funding in this matter.

We thank the Court for considering this request.

Respectfully,

   /s/

Rob Rickner