**U.S. District Court**
**Eastern District of New York**

---

**JESUS SANTIAGO**,

                    Claimant,

         -against-                                    **Case No. 1:12-cv-02137-KAM-ST**

**Fischer et al**,

                    Respondent.

---

**AFFIDAVIT OF SERVICE**

**State of New York     )**

**County of New York )**

1. I, Gipsy Fernandez, am over the age of 18 and not a party to this action.

2. On August 27, 2025, I personally mailed the Claimant via USPS a copy of the August 26, 2025 Order regarding the Motion to Withdraw.

3. I mailed it certified mail with a return receipt, No. 9589071052703019544630.

                                        Gipsy Fernandez

Sworn to before me this 27th
day of August, 2025.

Notary Public

MARCELO BRAVO-LOPEZ
Notary Public - State of New York
NO. 01BR0021943
Qualified in Queens County
My Commission Expires Mar 8, 2028