**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 1, 2026

<u>**BY ECF**</u>
Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

   **Re:** *Jesus Santiago v. Fischer, et al.* (12-cv-2137) (KAM) (SLT)

Dear Judge Matsumoto:

  This Office represents defendant Department of Corrections and Community Supervision ("DOCCS") officials Brian Fischer, Anthony Annucci, and Terrence Tracy ("Defendants") in the above-referenced 42. U.S.C. § 1983 action arising out of post-release supervision ("PRS").

  Pursuant to the Court's Order dated May 28, 2026, Defendants respond to Plaintiff's motion seeking to sever his claims in order to proceed with separate trials on two sets of claims now before the Court after remand from the United States Court of Appeals for the Second Circuit. (ECF #264).

  Plaintiff's motion is premature. The motion seeks, *inter alia*, to sever his claims such that he would have separate trials as to his damages arising out of the PRS he served during two distinct period of time – one period from June 12, 2007, to February 1, 2008, for which period of time Defendants were found liable for delays in seeking resentencing, and the other period from September 2010 to December 2010, for which time Defendants were granted qualified immunity on grounds that they adhered to the State's statutory resentencing framework to resolve flaws in PRS sentencing. *See* Correction Law § 601-d, tracking *People v. Sparber*, 10 N.Y.3d 457, 471 (2008), holding that "'[t]he sole remedy for a procedural error such as [unpronounced PRS] is to vacate the sentence and remit for a resentencing hearing so that the trial judge can make the required pronouncement.'" *Santiago v. Fischer*, 158 F. 4th 397, 414 (2d Cir. 2025).

  Defendants have proposed a motion for summary judgment, consistent with the decision of the Second Circuit, which, if successful, would render Plaintiff's motion for separate trials moot. Defendants believe that, in the interests of efficiency and judicial economy, Plaintiff's motion should be deferred until after any summary judgment motion is decided.

  Plaintiff's motion raises questions about whether separate trials for each period of time he served PRS would be appropriate, given (i) the burdens of two trials arising out of similar issues

1

with the same Defendants; (ii) the potentially duplicative evidence, including repetitive testimony, from one trial to the next; and (iii) the risk of inconsistent findings by the trier of fact in successive trials. *See*, *e.g.*, *U.S. v. Ashburn*, 2014 WL 1800409, No. 11-CR-303 (E.D.N.Y.., May 6, 2014).

These issues, however, need not be resolved in advance of Defendants' proposed motion. Courts have wide discretion to order separate trials of one or more claims. *See* Fed. R. Civ. P. 42 (b); *see also In re Zyprexa Products Liability Litigation*, 2004 WL 2812095, No. MDL 1596, 04–CV–1615 (E.D.N.Y. Dec. 3, 2004) at *3-4. Courts also have wide discretion to hold certain motions in abeyance, and especially when other motions are pending or proposed, may defer proceeding with motions until other issues are resolved. *See id.*

Accordingly, Defendants suggest that Plaintiff's motion for separate trials be held in abeyance until after the Court has decided any motion for summary judgment. In any event, should the Court wish further formal briefing at this time as to whether Plaintiff's claims arising out of the 2010 period should be severed from those arising out of the 2007-2008 period, Defendants will submit additional materials as the Court requests.

Respectfully submitted,

_____/s_____

Michael J. Keane
Assistant Attorney General
Office of the Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8550
michael.keane@ag.ny.gov

cc:

Hon. Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

Jesus Santiago
10807 Gambril Drive, Apt. #12
Manassas, VA 20109
Jesus Santiago
605 Sunset Lane, Unit #D
Copperas Cove, TX 76522