UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jesus Santiago,
Plaintiff Pro Se,

v.

Brian Fischer, et al.,
Defendants.

Case No. 1:12-cv-02137-KAM-SLT



PLAINTIFF'S LETTER RESPONSE TO COURT ORDER DATED JUNE 2, 2026

Hon. Kiyo A. Matsumoto
United States District Judge

Dear Judge Matsumoto:

I respectfully submit this letter in response to the Court's June 2, 2026 Order directing Plaintiff
to file a Rule 56.1 Counterstatement and letter response.

Plaintiff respectfully advises the Court that he has not been properly served with the materials
necessary to prepare a meaningful Rule 56.1 Counterstatement.

The docket reflects that Defendants filed a Rule 56.1 Statement, affidavits, declarations, and
numerous exhibits in connection with their request for leave to move for summary judgment.
However, Plaintiff has not received these materials and is unable to review the evidence upon
which Defendants rely. Plaintiff therefore cannot adequately admit, deny, or respond to
Defendants' factual assertions without access to the supporting papers.

Plaintiff further believes that Defendants may be using an incorrect mailing address. Other than
the address listed below, please remove all prior mailing addresses as the Plaintiff does not have
access to them and cannot receive correspondence there. Plaintiff respectfully requests that the
Court update Plaintiff's mailing address as follows:

2257 West 11th Street Apt 3C
Brooklyn, New York 11223

Plaintiff requests that Defendants be directed to reserve all Rule 56.1 materials, affidavits,
declarations, exhibits, and any future summary judgment papers to the above address.

REC'D IN PRO SE OFFICE
JUN 16 '26 PM3:55

Plaintiff also respectfully requests a reasonable extension of time to obtain counsel and to respond after proper service of Defendants' papers. Plaintiff has diligently attempted to secure representation and has contacted bar association referral services. Although Plaintiff has received attorney referrals, he has thus far been unable to obtain counsel willing to undertake representation in this matter, due to Federal interference notifying attorneys not to accept my case. Plaintiff continues to seek legal representation due to the complexity of the issues presented.

With respect to Plaintiff's Motion to Sever (ECF No. 264), Plaintiff maintains that the action involves two separate periods of false imprisonment occurring more than two years apart, involving different facilities, different witnesses, different records, different conditions of confinement, and separate damages. Plaintiff respectfully submits that these distinct periods should be evaluated separately and that severance remains appropriate, due to the second circuit decision that deemed the defendant did not have qualified immunity during the time period. The decision in Earley v. Murray placed Defendants on notice as early as 2006 that administratively imposed post-release supervision was unlawful, providing ample time to identify, correct, and prevent unconstitutional PRS terms before Plaintiff's subsequent periods of confinement.

Accordingly, Plaintiff respectfully requests that the Court:

1. Update Plaintiff's mailing address to 2257 West 11th Street, Brooklyn, New York 11223;
2. Direct Defendants to serve Plaintiff with all Rule 56.1 statements, affidavits, declarations, exhibits, and other supporting materials at the correct address;
3. Grant Plaintiff additional time to obtain counsel and to respond after receiving complete service of Defendants' papers; and
4. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Jesus Santiago

Plaintiff Pro Se

2257 West 11th Street
Brooklyn, New York 11223

512-713-5211 streamv82@gmail.com

Dated: June 16, 2026