

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

July 20, 2026

**BY ECF**
Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

   **Re:** *Jesus Santiago v. Fischer, et al.* (12-CV-2137) (KAM) (SLT)

Dear Judge Matsumoto:

  This Office represents defendant Department of Corrections and Community Supervision ("DOCCS") officials Brian Fischer, Anthony Annucci, and Terrence Tracy ("Defendants") in the above-referenced 42. U.S.C. § 1983 action arising out of post-release supervision ("PRS"), in which the Court has scheduled a conference for July 31, 2026 (*see* Order of July 6, 2026) to discuss Defendants' proposed motion for summary judgment, set forth in a letter and accompanying papers filed on May 29, 2026 (ECF #265).

  Pursuant to the Court's Order of June 18, 2026, Plaintiff was to submit a 56.1 Counterstatement and letter in response to Defendants' submissions by July 10, 2026, and Defendants were to reply by this date (*see* Order of June 18, 2026).

  To date, this Office has not received Plaintiff's response to their May 29, 2026, submission, and accordingly have no reply to provide the Court. In any event, this Office is prepared to discuss the proposed motion at the July 31, 2026, conference.

  Thank you for the Court's attention.

              /s
            Michael J. Keane
            Assistant Attorney General
            Office of the Attorney General
            28 Liberty Street, 18th Floor
            New York, New York 10005
            (212) 416-8550
            michael.keane@ag.ny.gov

cc:

Jesus Santiago
2257 West 11th Street
Apt. 3C
Brooklyn, NY 11223
571-833-8010
Email: streamv82@gmail.com
PRO SE

Hon. Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202