To the Honorable Judge Kiyo A. Matsumoto, Regarding Case 1:12-cv-02137-KAM-ST

I have absolutely no intentions of returning back to that godforsaken courthouse unless it's for my trials. I'm extremely uneasy around law enforcement or any other personnel carrying firearms. I no longer trust the court system, law enforcement, or the judicial system as a whole. You're more than welcome to have any video chats or phone conferences that you would like.

I am now in the process of repairing the damage to my family due to the federal authorities, and this will take time. My family is my priority, and I don't have the extra money to travel from Texas to New York anymore due to these people getting me fired from my job and the destruction of my car as well.

My one and only necessary argument is that my judge never gave me probation because he did not see my crime as having malicious intent. I was defending myself from a robbery. I objected to the probation because I was already on federal probation. The judge and I came to an agreement during my plea bargaining/plea acceptance. If the minutes to my plea agreement cannot be found, then I request that the judge be brought forward to be questioned about not giving me probation. I do not fall under the Earley v. Murray situation or their class action lawsuit that they have pending. My situation is not an error of a judge not saying it on the record and the Department of Corrections automatically putting it in as part of the normal paperwork. I don't fit any of these narratives. I was never sentenced to probation on purpose. This is my only objection to all of his arguments. Not only that, but if you look at that very same file that no one claims to have on that particular case, you will also see an emergency release order from this very same judge because they held me past the time they were supposed to in 2005.

There is absolutely no qualified immunity for the defendants. They were notified in 2006 by Earley, letting the defendants know they needed to check the books. They became aware for almost a whole year before they falsely imprisoned me in 2007-2008. The second time the defendants did it was in 2010, which was about four years later. How much more time do they need to correct their misprocedure, Your Honor?

Each defendant makes over six figures a year. That would make them handsomely compensated for complete incompetence. If the Department of Correction is more than willing to give them free money because that is essentially what they did when they paid a person or persons for a job they were incapable of doing, then they should have no problem giving me free money for sitting in some of their hell holes they call prisons or rehabilitation centers. With so-called correctional officers who are actually gang members, who I was assaulted by, is what I was subjected to while going through this defendant-controlled system.

They are at fault and refuse to make a real offer over . I request that the Court give me at least a three-month time period before a conference call to check and see if I need more time to

continue looking for an attorney due to the fact that my previous attorneys have badmouthed me, making it harder for me to get a new attorney. Otherwise, I respectfully request that all the frivolous motions stop and that I'll be allowed to have my two trials, as I've constantly requested.

This system is rigged. They are looking for a technicality to get out of the situation. You can't expect me to litigate for myself when I'm being blocked out of PACER by the FBI. You can't expect me to litigate for myself while I'm being stalked on an everyday basis by federal authorities, not being allowed to work or feel safe on the highways coming and going, which is actually a constitutional right.

I'm aware that the justice system has been working hand in hand to make my life more difficult than it is, and I reserve my right to move forward with civil actions in the future due to interference from federal authorities and my prior attorneys badmouthing me to stop me from getting other legal counsel.

I'm stating on the record that Robert Greenberg and Rob Rickner have assisted with hindering my due process because Mesi Lord explained this to me on the phone, which I have on recording, and you're more than welcome to ask him yourself, Your Honor.

So continue to allow them to file frivolous motions while I have no access to PACER due to the federal authorities and their StingRay machine controlling my Google account, my phone calls, and practically everything else digital, including the banking system, which I am now being blocked out of. No one will even allow me to have a bank account.

In other words, this is not fair due process, and the system is rigged, plain and simple. For a federal judge to allow people to run multiple cars into me and place false charges on me, and for federal judges to sit around attempting to act like they don't see what's going on, says enough for me.

Respectfully submitted,

Jesus Santiago

Pro se

streamv82@gmail.com

540-604-3905